**ROPES & GRAY LLP**
John D. Donovan (*pro hac vice forthcoming*)
john.donovan@ropesgray.com
Robert A. Skinner (*pro hac vice*)
robert.skinner@ropesgray.com
Amy D. Roy (*pro hac vice*)
amy.roy@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951 7000
Fax: (617) 951 7050

**IRELL & MANELLA LLP**
David Siegel (101355)
dsiegel@irell.com
Glenn K. Vanzura (238057)
gvanzura@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277 1010
Fax:  (310) 203 7199

Attorneys for Defendant
METROPOLITAN WEST ASSET
MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THOMAS J. KENNIS,<br><br>          Plaintiff,<br><br>     v.<br><br>METROPOLITAN WEST ASSET<br>MANAGEMENT, LLC,<br><br>          Defendant. | Case No. 2:15-cv-08162-GW-FFM<br><br>**DECLARATION OF ROBERT A. SKINNER**<br><br>Hearing Date:  March 17, 2016<br>Time:          8:30 a.m.<br>Courtroom:     10<br>Judge:         Hon. George H. Wu |

I, Robert A. Skinner, hereby declare:

1. I am a partner at the law firm of Ropes & Gray LLP, of counsel to Defendant Metropolitan West Asset Management, LLC ("MetWest"), in this action. I have personal knowledge of the facts below.

2. I make this Declaration in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

3. Attached hereto as Exhibit A are excerpts from a true and correct copy of Metropolitan West Funds' Statement of Additional Information ("SAI") dated July 29, 2015. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312515262742/d922577d485bpos.htm.

4. Attached hereto as Exhibit B are excerpts from a true and correct copy of Metropolitan West Funds' Annual Report dated March 31, 2015 ("2015 AR"). A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312515214659/d928371dncsr.htm.

5. Attached hereto as Exhibit C are excerpts from a true and correct copy of Metropolitan West Funds' Prospectus ("Prospectus") dated July 29, 2015. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312515262742/d922577d485bpos.htm.

6. Attached hereto as Exhibit D are excerpts from a true and correct copy of Metropolitan West Funds' Semi-Annual Report dated September 30, 2014 ("2014 SR"). A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312514436269/d658736dncsrs.htm.

7. Attached hereto as Exhibit E is a true and correct copy of Metropolitan West Funds' Investment Management Agreement ("IMA") dated February

6, 2013, which is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312513152869/d518319dex99d9.htm.

8. Attached hereto as Exhibit F are excerpts from a true and correct copy of Columbia Active Portfolios Multi-Manager Core Plus Bond Fund's ("Columbia Fund") Prospectus dated January 1, 2015. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/773757/000119312514450580/d821203d485bpos.htm.

9. Attached hereto as Exhibit G are excerpts from a true and correct copy of AZL MetWest Total Return Bond Fund's ("AZL Fund") Prospectus dated April 27, 2015. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1091439/000109143915000008/vip485bapr222015.htm.

10. Attached hereto as Exhibit H are excerpts from a true and correct copy of Consulting Group Capital Markets Core Fixed Income Investments Fund's ("CGCM Fund") Prospectus dated January 1, 2015, as supplemented April 17, 2015. A complete copy of the CGCM Fund Prospectus is publicly available at https://www.sec.gov/Archives/edgar/data/875186/000119312514455595/d839203d485bpos.htm. A complete copy of the April 17, 2015 Supplement to the CGCM Fund Prospectus is publicly available at https://www.sec.gov/Archives/edgar/data/875186/000119312515135587/d908634d497.htm.

11. Attached hereto as Exhibit I are excerpts from a true and correct copy of AZL Fund's Annual Report dated December 31, 2014. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1091439/000119312515080919/d840872dncsr.htm.

12. Attached hereto as Exhibit J are excerpts from a true and correct copy of

DECLARATION OF ROBERT A. SKINNER
CASE NO. 2:15-CV-08162-GW-FFM
2

AZL Fund's Statement of Additional Information dated April 27, 2015. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1091439/000109143915000008/vip485bapr222015.htm.

13. Attached hereto as Exhibit K are excerpts from a true and correct copy of Columbia Fund's Statement of Additional Information dated October 1, 2015. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/773757/000119312515332646/d81297d497.htm.

14. Attached hereto as Exhibit L are excerpts from a true and correct copy of Metropolitan West Funds' Annual Report dated March 31, 2013 ("2013 AR"). A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312513251366/d506826dncsr.htm.

15. Attached hereto as Exhibit M are excerpts from a true and correct copy of Metropolitan West Funds' Annual Report dated March 31, 2010 ("2010 AR"). A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312510133858/dncsr.htm.

16. Attached hereto as Exhibit N are excerpts from a true and correct copy of Metropolitan West Funds' Shareholder Proxy Statement dated February 25, 2010. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312510034949/ddef14a.htm.

17. Attached hereto as Exhibit O are excerpts from a true and correct copy of Metropolitan West Funds' Shareholder Proxy Statement dated October 10, 2012. A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312512419930/d415174ddef14a.htm.

18. Attached hereto as Exhibit P is a true and correct copy of Morningstar's expense ratings for Metropolitan West Total Return Bond Fund M Class

("MWTRX") as of December 15, 2015, which is publicly available at http://financials.morningstar.com/fund/expense.html?t=MWTRX.

19. Attached hereto as Exhibit Q are excerpts from a true and correct copy of the Amended Complaint filed in *Turner v. Davis Selected Advisers, LP*, No. 4:08-cv-00421 (D. Ariz. Apr. 23, 2009), ECF No. 33.  A complete copy is publicly available on the court's PACER site.

20. Attached hereto as Exhibit R are excerpts from a true and correct copy of Metropolitan West Funds' Semi-Annual Report dated September 30, 2015 ("2015 SR").  A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312515396183/d23886dncsrs.htm.

21. Attached hereto as Exhibit S are excerpts from a true and correct copy of Metropolitan West Funds' Statement of Additional Information dated July 29, 2014.  A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/1028621/000119312514280501/d743635d485bpos.htm.

22. Attached hereto as Exhibit T is a true and correct copy of Morningstar's performance ratings for MWTRX as of November 30, 2015, which is publicly available at http://performance.morningstar.com/fund/ratings-risk.action?t=MWTRX.

23. Attached hereto as Exhibit U are excerpts from a true and correct copy of CGCM Fund's Statement of Additional Information dated January 1, 2015.  A complete copy is publicly available at https://www.sec.gov/Archives/edgar/data/875186/000119312514455595/d839203d485bpos.htm.  A complete copy of the CGCM Fund Statement of Additional Information, as

revised April 27, 2015, is publicly available at https://www.sec.gov/Archives/edgar/data/875186/000119312515135587/d908634d497.htm.

24. The attached exhibits include red boxes around the relevant portions of the document. Those boxes were added for the Court's convenience and are not part of the original document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Boston, Massachusetts, this 17th day of December, 2015.

Robert A. Skinner