1  **ROPES & GRAY LLP**
   John D. Donovan, Jr. (*pro hac vice*)
2  john.donovan@ropesgray.com
   Robert A. Skinner (*pro hac vice*)
3  robert.skinner@ropesgray.com
   Amy D. Roy (*pro hac vice*)
4  amy.roy@ropesgray.com
   Prudential Tower
5  800 Boylston Street
   Boston, MA 02199
6  Telephone:  617-951-7000
   Facsimile:  617-235-0434
7
   **IRELL & MANELLA LLP**
8  David Siegel (#101355)
   dsiegel@irell.com
9  Glenn K. Vanzura (#238057)
   gvanzura@irell.com
10 1800 Avenue of the Stars, Ste. 900
   Los Angeles, CA 90067
11 Telephone:  310-277-1010
   Facsimile:  310-203-7199
12
   Attorneys for Defendant
13 METROPOLITAN WEST ASSET
   MANAGEMENT, LLC
14

15                    **UNITED STATES DISTRICT COURT**

16                    **CENTRAL DISTRICT OF CALIFORNIA**

17                           **WESTERN DIVISION**

18
   THOMAS J. KENNIS,                  ) Case No. 2:15-cv-08162-GW-FFM
19                                    )
              Plaintiff,              )
20                                    ) **JOINT STIPULATION TO**
        v.                            ) **CONTINUE HEARING ON**
21                                    ) **DEFENDANT'S MOTION TO**
   METROPOLITAN WEST ASSET            ) **DISMISS TO APRIL 25, 2016**
22 MANAGEMENT, LLC.                   )
                                      ) *Declaration of John D. Donovan, Jr. and*
23            Defendant.              ) *Proposed Order filed concurrently*
                                      ) *herewith*
24                                    )
                                      ) Current Hearing Date:  March 17, 2016
25                                    ) Current Hearing Time:  8:30 a.m.
                                      ) Courtroom:  10
26                                    ) Judge:  Hon. George H. Wu.
                                      )
27
28

# **STIPULATION**

WHEREAS, on October 16, 2015, plaintiff Thomas J. Kennis ("Plaintiff") filed the above-entitled action, asserting claims against defendant Metropolitan West Asset Management, LLC ("Defendant") under Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. §80a-35(b) (the "Complaint");

WHEREAS, on November 16, 2015, the Court entered an order on the parties' joint stipulation (the "Order" (Dkt. No. 15)), extending the time by which Defendant was required to respond to the Complaint, establishing a briefing schedule for Defendant's motion to dismiss the Complaint (the "Motion" (Dkt. No. 37)), and setting a hearing on Defendant's Motion for March 17, 2016;

WHEREAS, Defendant filed its Motion on the date set in the Order, December 18, 2015;

WHEREAS, Plaintiff filed his opposition to the Motion (Dkt. No. 48) on the date set in the Order, February 16, 2016;

WHEREAS, Defendant filed its reply in support of the Motion (Dkt. No. 49) on the date set in the Order, March 1, 2016;

WHEREAS, Defendant's lead counsel, John D. Donovan, Jr., has a scheduling conflict on March 17, 2016 due to long-scheduled personal travel abroad;

WHEREAS, the parties have met and conferred concerning a mutually-convenient alternative hearing date, April 25, 2016, and have cleared that date with the court clerk pursuant to the Court's posted procedures (*see* http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/0/38a07d8f388ac73d882579f5006b0829?OpenDocument ("It is not necessary to clear a motion date with the court clerk prior to filing the motion, except motions … to dismiss"));

WHEREAS, the parties have not previously requested or received a continuance of the date for the hearing on Defendant's Motion; and

WHEREAS, the parties agree that good cause exists for continuing the date for the hearing on Defendant's Motion to April 25, 2016;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned attorneys, subject to approval of the Court, that the hearing on Defendant's Motion to Dismiss shall be continued from March 17, 2016 at 8:30 a.m. to April 25, 2016 at 8:30 a.m.

Respectfully submitted,

Dated: March 3, 2016     **ROPES & GRAY LLP**
                        **IRELL & MANELLA LLP**


By: */s/ Glenn K. Vanzura*
    Glenn K. Vanzura
    Attorneys for Defendant


Dated: March 3, 2016     **MCKOOL SMITH HENNIGAN, P.C.**
                        **ZWERLING, SCHACHTER &**
                        **ZWERLING, LLP**


By: */s/ Andrew W. Robertson*
    Andrew W. Robertson
    Attorneys for Plaintiff


## SIGNATURE ATTESTATION

I hereby attest, per the Court's Civil L.R. 5-4.3.4, that concurrence in the filing of this document has been obtained from Andrew W. Robertson.

*/s/ Robert A. Skinner*
Robert A. Skinner