1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THOMAS J. KENNIS,<br><br>            Plaintiff,<br><br>    v.<br><br>METROPOLITAN WEST ASSET MANAGEMENT, LLC.,<br><br>            Defendant. | Case No. CV 15-8162-GW(FFMx)<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS TO JUNE 16, 2016** |

1  The Court, having considered the joint stipulation of the parties, and for
2  good cause show, orders that the hearing on Defendant's Motion to Dismiss shall
3  be continued from May 26, 2016 at 8:30 a.m. to June 16, 2016 at 8:30 a.m.
4  **IT IS SO ORDERED.**
5
6
7  Dated: May 20, 2016          By: _/s/ George H. Wu_____
8                                    HON. GEORGE H. WU
                                      United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28