UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-8162-GW(FFMx) | Date | July 21, 2016 |
| Title | *Thomas J. Kennis v. Metropolitan West Asset Management, LLC* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew Walker Robertson<br>J. Michael Hennigan<br>Robert W. Mockler | John D. Donovan, Jr.<br>Morgan MacBride |

**PROCEEDINGS: SCHEDULING CONFERENCE**

Court and counsel confer. The Court sets the following:

| | |
|---|---|
| Discovery cutoff | November 4, 2016 |
| Expert discovery cutoff | January 13, 2017 |
| Mediation cutoff | January 25, 2017 |
| Post-Mediation Status Conference | January 26, 2017 at 8:30 a.m. |
| Hearing on Stage I issue | March 2, 2017 at 8:30 a.m. |

The parties are referred to ADR Procedure No. 3 - Private Mediation.

**cc: ADR Program**

: 09

Initials of Preparer JG