**ROPES & GRAY LLP**
John D. Donovan, Jr. (*pro hac vice*)
john.donovan@ropesgray.com
Robert A. Skinner (*pro hac vice*)
robert.skinner@ropesgray.com
Amy D. Roy (*pro hac vice*)
amy.roy@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-951-7000
Facsimile: 617-235-0434

**IRELL & MANELLA LLP**
David Siegel (#101355)
dsiegel@irell.com
Glenn K. Vanzura (#238057)
gvanzura@irell.com
Morgan D. MacBride (#301248)
mmacbride@irell.com
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067
Telephone: 310-277-1010
Facsimile: 310-203-7199

Attorneys for Defendant
METROPOLITAN WEST ASSET
MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THOMAS J. KENNIS, | ) Case No. CV 15-8162-GW(FFMx) |
| Plaintiff, | ) |
| v. | ) **ORDER ON JOINT STIPULATION TO** |
| | ) **EXTEND TIME FOR OPPOSITION** |
| METROPOLITAN WEST ASSET | ) **AND REPLY BRIEFING FOR** |
| MANAGEMENT, LLC. | ) **PLAINTIFF'S MOTION RE SCOPE OF** |
| | ) **PHASE 1 DISCOVERY** |
| Defendant. | ) |
| | ) Hearing Date: September 8, 2016 |
| | ) Hearing Time: 8:30 a.m. |
| | ) Courtroom: 10 |
| | ) Judge: Hon. George H. Wu. |
| | ) |
| | ) Discovery Cut-off Date: November 14, 2016 |
| | ) Post-Mediation Status Conf: January 26, 2017 |
| | ) Trial Date: TBD |

The Court, having considered the joint stipulation of the parties, and for good cause shown, orders as follows:

1.  The time for Defendant to oppose Plaintiff's Motion Re. Scope of Phase 1 Discovery is extended by seven (7) days, until August 25, 2016;

2.  The time for Plaintiff to reply to Defendant's opposition to Plaintiff's Motion Re. Scope of Phase 1 Discovery is also extended by seven (7) days, until September 1, 2016.

3.  Plaintiff's Motion Re. Scope of Phase 1 Discovery shall remain set for hearing on September 8, 2016 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: August 18, 2016                    By: _____

                                               Hon. George H. Wu
                                               United States District Judge

[PROPOSED] ORDER ON JOINT STIPULATION TO
EXTEND TIME TO RESPOND TO PLAINTIFF'S
MOTION RE. SCOPE OF PHASE 1 DISCOVERY
CASE NO. 2:15-CV-08162-GW-FFM