**ROPES & GRAY LLP**
John D. Donovan, Jr. (*pro hac vice*)
john.donovan@ropesgray.com
Robert A. Skinner (*pro hac vice*)
robert.skinner@ropesgray.com
Amy D. Roy (*pro hac vice*)
amy.roy@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone:  617-951-7000
Facsimile:  617-235-0434

**IRELL & MANELLA LLP**
David Siegel (#101355)
dsiegel@irell.com
Glenn K. Vanzura (#238057)
gvanzura@irell.com
Morgan D. MacBride (#301248)
mmacbride@irell.com
1800 Avenue of  the Stars, Ste. 900
Los Angeles, CA 90067
Telephone:  310-277-1010
Facsimile:  310-203-7199

Attorneys for Defendant
METROPOLITAN WEST ASSET
MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THOMAS J. KENNIS,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN WEST ASSET MANAGEMENT, LLC.<br><br>        Defendant. | Case No. CV 15-8162-GW(FFMx)<br><br>**ORDER ON JOINT STIPULATION TO: (1) EXTEND TIME FOR MEDIATION, (2) CONTINUE POST-MEDIATION STATUS CONFERENCE, AND (3) SET BRIEFING SCHEDULE FOR PHASE 1 ISSUES**<br><br>Hearing Date:  May 1, 2017<br>Hearing Time:  8:30 a.m.<br>Courtroom:  10<br>Judge:  Hon. George H. Wu.<br><br>Phase 1 Discovery Cutoff: March 3, 2017<br>Phase 1 Expert Discovery Cutoff: March 29, 2017<br>Trial Date: TBD |

The Court, having considered the joint stipulation of the parties, and for good cause shown, orders as follows:

1.    The mediation cutoff is extended until April 12, 2017;

2.    The post-mediation status conference is continued to April 13, 2017 at 8:30 a.m.;

3.    The Phase 1 expert discovery cutoff shall be April 26, 2017.

4.    Any motion or other submission, including any motion for summary judgment, on the Phase 1 issues shall be filed on or before April 26, 2017;

5.    Any opposition to any motion or other submission on the Phase 1 issues shall be filed on or before May 17, 2017;

6.    Any reply in support of any motion or other submission on the Phase 1 issues shall be filed on or before May 26, 2017;

7.    Any motion for summary judgment on the Phase 1 issues shall be set for hearing on June 5, 2017 at 8:30 a.m.;

8.    Nothing in this stipulation shall be construed as waiver of Plaintiff's right to object to Defendant's filing of a summary judgment motion in Phase 1.

**IT IS SO ORDERED.**

Dated: January 24, 2017                    By: _____

                                                Hon. George H. Wu
                                                United States District Judge