J. MICHAEL HENNIGAN (SBN 59491)
hennigan@mckoolsmithhennigan.com
ROBERT W. MOCKLER (SBN 200200)
rmockler@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

ZWERLING, SCHACHTER & ZWERLING, LLP
ROBIN F. ZWERLING (*pro hac vice*)
rzwerling@zsz.com
JEFFREY C. ZWERLING (*pro hac vice*)
jzwerling@zsz.com
SUSAN SALVETTI (*pro hac vice*)
ssalvetti@zsz.com
ANDREW W. ROBERTSON (*pro hac vice*)
arobertson@zsz.com
ANA M. CABASSA-TORRES (*pro hac vice*)
acabassa@zsz.com
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

Attorneys for Plaintiff Thomas J. Kennis

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THOMAS J. KENNIS,

Plaintiff,

v.

METROPOLITAN WEST ASSET MANAGEMENT, LLC,

Defendant.

Case No. 2:15-cv-08162-GW-FFM

**PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS**

Date: June 5, 2017
Time: 8:30 a.m.
Courtroom: 9D
Judge: Hon. George H. Wu

Pursuant to Local Rule 56-2, Plaintiff Thomas J. Kennis hereby submits the following Statement of Additional Material Facts in Opposition to Defendant's Motion for Summary Judgment.

## PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS

| Pl.'s SAF No. | Fact | Supporting Evidence[1] |
|---|---|---|
| **I. METWEST TOTAL RETURN BOND FUND ORGANIZATION & OPERATIONS** | | |
| 1. | The MetWest Total Return Bond Fund (the "Fund") is an open-end management investment company, also known as "mutual fund," registered under the Investment Company Act of1940 Act (the "1940 Act"). | Answer ¶¶ 18, 19 (Dkt. 63) |
| 2. | The Fund is organized as a series within Metropolitan West Funds (the "MetWest Funds"), which is a statutory trust formed under Delaware law on or about December 9, 1996. The MetWest Funds consists of nine mutual funds, including the Fund. | Answer ¶¶ 18, 19 (Dkt. 63) |
| 3. | The Fund issues shares to investors, such as Plaintiff, who invest money in the Fund, and those investors become shareholders in the Fund. | Answer ¶ 21 (Dkt. 63) |
| 4. | Like most mutual funds, the Fund does not have employees or facilities of its own. | U.S. SEC, Division of Investment Management, Rpt. on Mutual Fund Fees & Expenses, dated Dec. 2000) at 8 (Mockler Decl. Ex. 135) |
| 5. | The Fund's operations are conducted by external service providers pursuant to | Answer ¶¶ 22-23 (Dkt. 63) |

[1] Citations to Exhibits to the Declaration of Robert Mockler in Opposition to Defendant's Motion for Summary Judgment appear throughout as "Mockler Decl. Ex. __."



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | contracts with the Fund. Investment advisory services are provided pursuant to the Investment Management Agreement (the "IMA") with the Fund's investment adviser, Defendant Metropolitan West Asset Management, LLC ("MetWest"). | |
| 6. | Separate contracts with other service providers are for:<br>▪ fund accounting services (*e.g.*, pricing and valuation of portfolio securities);<br>▪ shareholder services (*e.g.*, shareholder communications, transaction processing, and recordkeeping);<br>▪ custody (*e.g.*, safekeeping of the Fund's portfolio securities and other assets); and<br>▪ marketing and distribution of fund shares (*e.g.*, coordinating with broker-dealers and providing required disclosures). | Answer ¶ 24 (Dkt. 63) |
| 7. | The Fund is overseen by a Board of Trustees (the "Board"), which is responsible for selecting and monitoring the Fund's investment adviser and other service providers, among other things. | Answer ¶¶ 25, 27 (Dkt. 63) |
| 8. | The same Board oversees the Fund and eight other mutual funds managed by MetWest or its affiliates. | Answer ¶ 26 (Dkt. 63) |
| **II.** | **SERVICES PROVIDED TO THE TOTAL RETURN BOND FUND** | |
| | **A. Investment Advisory Services Provided by MetWest to the Fund** | |
| 9. | MetWest serves as the Fund's investment adviser and, in that capacity, is responsible for managing the Fund's portfolio of securities. | Answer ¶ 23 (Dkt. 63) |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| 10. | Pursuant to the IMA, MetWest provides investment advisory services to the Fund, including:<br><br>▪ "act[ing] as investment manager to the Fund[] and . . . supervis[ing] the investment of the Fund[] . . . in accordance with [its] investment objectives, programs and restrictions";<br>▪ "furnish[ing] the Fund[] with advice and recommendations with respect to the investments [of the Fund] and the purchase and sale of portfolio securities…";<br>▪ "furnish[ing] the Fund[] with reports, statements and other data on securities, economic conditions" as requested by the Board;<br>▪ "managing the investments of the Fund[]…";<br>▪ "render[ing] to the Trust's Board of Trustees such periodic and special reports…";<br>▪ "plac[ing] orders for the purchase and sale of securities' on behalf of the Fund"; and<br>▪ overseeing the administration of the Fund's business and affairs | MetWest IMA (Roy Decl. Ex. 45). |
| 11. | The portfolio managers for the Fund are Tad Rivelle, Stephen Kane, Laird Landmann, and Bryan Whalen. | Answer ¶ 34 (Dkt. 63). |
| 12. | The Fund's benchmark is the Bloomberg Barclays U.S. Aggregate Bond Index. | MetWest Total Return Bond Fund Quarterly Fact Sheet (Roy Decl. Ex. 30). |
| 13. | The Fund's investment objective is to "seek[] to maximize long-term total return." | Metropolitan West Funds' Prospectus dated July 29, 2016 at 11 (Roy Decl. Ex. 23). |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| 14. | MetWest invests in the following types of securities and employs the following investment strategies in managing the Fund: (a) the Fund will invest at least 80% of its portfolio in investment grade fixed income securities; (b) no more than 20% of the Fund's portfolio will be invested in securities rated below investment grade; (c) the Fund invests in U.S. and foreign fixed income securities, including emerging markets; (d) the Fund principally invests in corporate bonds, U.S. and foreign government and agency securities, notes, collateralized bond obligations, mortgage-related and asset-backed securities, bank loans, swaps, futures, municipal securities, options, credit default swaps and private placements; (e) the Fund may invest in derivatives in an effort to hedge investments, for risk management, or to increase income or gains for the Fund; and (f) the portfolio duration is two to eight years and the dollar-weighted average maturity ranges from two to fifteen years. | Metropolitan West Funds' Prospectus dated July 29, 2016 at 11 (Roy Decl. Ex. 23). |
| 15. | The IMA expressly limits MetWest's potential liability as the Fund's investment adviser. It broadly states that MetWest "shall ***not*** be subject to liability to . . . the Fund[] or to any shareholder of the Fund[] for any act or omission in the course of, or connected with, rendering services [under the IMA] or for any losses that may be sustained in the purchase, holding or sale of any security by the Fund[]" except in the case of "willful misfeasance, bad faith, gross negligence, or reckless disregard of the obligations or duties [under the IMA] on the part of [MetWest]." The IMA also requires the Fund to indemnify MetWest | MetWest IMA ¶ 11(a) (Roy Decl. Ex. 45) |



McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | "against any loss, liability, claim, damage or expense arising out of [MetWest's] performance or non-performance of any duties [under the IMA]," subject to the same exclusions for disabling conduct. | |
| 16. | The IMA requires the Fund to pay Defendant an annual advisory fee that is calculated as a percentage of the Fund's assets under management, or "AUM." | MetWest IMA, Appendix A (Roy Decl. Ex. 45) |
| 17. | At all relevant times, the Fund's advisory fee rate has been 35 basis points, or 0.35%, of the Fund's AUM. | MetWest IMA, Appendix A (Roy Decl. Ex. 45) |
| 18. | For the Fiscal Years ending March 31, the Fund paid the following amounts in advisory fees:<br><br>**FY** / **Advisory Fees**<br>2014 / $88,835,942<br>2015 / $140,478,557<br>2016 / $239,169,360 | MetWest Funds 2014 Annual Rpt. (Form N-CSR) (filed June 6, 2014) at 143-144 (Mockler Decl. Ex. 1); MetWest Funds 2015 Annual Rpt. (Form N-CSR)(filed June 5, 2015) at 157-158 (Mockler Decl. Ex. 2); MetWest Funds 2016 Annual Rpt. (Form N-CSR) (filed June 3, 2016) at 153-154 (Mockler Decl. Ex. 3) |
| 19. | In addition to the advisory fee, the IMA requires the Fund to pay a wide variety of expenses associated with its operations and MetWest's investment advisory services, including:<br>▪ fees and expenses incurred in connection with the issuance, registration and transfer of its shares;<br>▪ brokerage and commission expenses;<br>▪ all expenses of transfer, receipt, safekeeping, servicing and accounting for the cash, securities, and other property of the Trust for the benefit of the Funds including | MetWest IMA ¶ 7(b) (Roy Decl. Ex. 45) |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | all fees and expenses of its custodian, shareholder servicing agent, and accounting services agent;<br>▪ interest charges on any borrowings;<br>▪ cosst and expenses of pricing and calculating its daily net asset value and of maintaining its books of account required under the 1940 Act;<br>▪ taxes, if any;<br>▪ expenditures in connection with meetings of each Fund's shareholders and Board of Trustees that are properly payable by the Fund;<br>▪ salaries and expenses of officers and fees and expenses of members of the Trust's Board of Trustees or members of any advisory board or committee who are not members of, affiliated with or interested persons of the Manager;<br>▪ insurance premiums on property or personnel of each Fund which inure to its benefit, including liability and fidelity bond insurance;<br>▪ the cost of preparing and printing reports, proxy statements, prospectuses and statements of additional information of the Fund or other communications for distribution to existing shareholders;<br>▪ legal, auditing and accounting fees;<br>▪ trade association dues;<br>▪ fees and expenses (including legal | |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | fees) of registering and maintaining registration of its shares for sale under federal and applicable state and foreign securities law;<br>▪ all expenses of maintaining and servicing shareholder accounts, including all charges for transfer, shareholder recordkeeping, dividend disbursing, redemption, and other agents for the benefit of the Funds, if any; and<br>▪ all other charges and costs of its operation plus any extraordinary and non-recurring expenses, except for those that MetWest is specifically responsible for. | |
| 20. | Insofar as MetWest incurs any such expenses, the IMA requires the Fund to reimburse MetWest for such expenses, separate and apart from any payment of advisory fees. The amount of any such expense reimbursement is not disclosed. | MetWest IMA ¶ 7(c) (Roy Decl. Ex. 45) ("To the extent [MetWest] incurs any costs by assuming expenses which are an obligation of a Fund as set forth herein, such Fund shall promptly reimburse [MetWest] for such costs and expenses, except to the extent [MetWest] has otherwise agreed to bear such expenses."). |
| **B. Other Services Provided to the Fund** | | |
| 21. | To the extent that MetWest is required to provide services other than the investment advisory services discussed above, MetWest does not provide such services pursuant to the IMA or in exchange for the advisory fees charged to the Fund. The IMA expressly states that, with limited exceptions, "the provision of administrative services . . . is ***not*** the obligation of the Manager [MetWest] under this Agreement." | MetWest IMA ¶ 2(c) (Roy Decl. Ex. 45). |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | (emphasis added). | |
| 22. | As discussed below, the Fund separately contracts with MetWest and with other service providers for the additional services it requires, and it pays separate fees for those services. | |
| | **a. Administration & Accounting Services** | |
| 23. | The Fund has a Fund Administration and Accounting Agreement with BNY Mellon Investment Servicing (US) Inc. ("BNY") dated April 1, 2013, as amended (the "BNY Adm. & Acct. Agreement"), pursuant to which BNY provides a broad range of administration and accounting services to the Fund, as set forth in Schedule I to that agreement. | BNY Adm. & Acct. Agreement (Roy Decl. Ex. 12) |
| 24. | Pursuant to the BNY Adm. & Acct. Agreement, BNY provides "Valuation Support and Computation Accounting Services," including:<br><br>- "Journalize investment, capital share and income and expense activities",<br>- "maintain individual ledgers for investment securities",<br>- "reconcile cash and investment balances … with the Fund's custodian",<br>- "Calculate various contractual expenses",<br>- "Calculate capital gains and losses",<br>- "Calculate daily distribution rate per share",<br>- "Determine net income",<br>- "Obtain security market quotes and currency exchange rates from pricing services … or if | BNY Adm. & Acct. Agreement, Schedule I (Valuation Support and Computation Accounting Services) (Roy Decl. Ex. 12) |

| | | |
|---|---|---|
| | such quotes are unavailable, then obtain such prices from the Fund's investment adviser, and in either case, calculate the market value of [the Fund's] investments in accordance with the Fund's valuation policies or guidelines",<br>- "Calculate Net Asset Value in the manner specified in the Fund's Offering Materials", and<br>- "Calculate yields and portfolio average dollar-weighted maturity." | |
| 25. | Pursuant to the BNY Adm. & Acct. Agreement, BNY provides "Financial Reporting" services, including:<br>- "prepare the Fund's annual and semi-annual shareholder reports for shareholder deliver and for inclusion in Form N-CSR",<br>- "prepare the Fund's quarterly schedule of portfolio holdings for inclusion in Form N-Q",<br>- "Prepare, circulate and maintain the Fund's financial reporting production calendar",<br>- "Prepare and file (or coordinate the filing of) [the] Fund's Form N-SAR" and "Form 24f-2", and<br>- "Typesetting Services". | BNY Adm. & Acct. Agreement, Schedule I (Financial Reporting) (Roy Decl. Ex. 12) |
| 26. | Pursuant to the BNY Adm. & Acct. Agreement, BNY provides "Tax Services," including:<br>- "prepare fiscal year-end tax provision analysis", | BNY Adm. & Acct. Agreement, Schedule I (Tax Services) (Roy Decl. Ex. 12) |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | - "process tax adjustments on securities",<br>- prepare ROCSOP adjusting entries",<br>- "prepare financial statement footnote disclosures",<br>- "excise tax distributions calculations",<br>- "prepare for execution and filing, the federal and state income and excise tax returns",<br>- "prepare year-end Investment Company Institute broker/dealer reporting,<br>- prepare fund distribution calculations disseminated to broker/dealers",<br>- "coordinate [] IRC section 855 and excise tax distribution requirements",<br>- "Documentation of all material tax positions taken by a Fund",<br>- "Review of [the] Fund's [tax work papers]",<br>- Review of the Fund's uncertain Tax Positions, and<br>- review of legal status thereof. | |
| 27. | Pursuant to the BNY Adm. & Acct. Agreement, BNY provides "Fund Administration Services," including:<br>- "monitor [the] Fund's compliance … with [] portfolio limitations",<br>- "monitor the Fund's status as a regulated investment company under Subchapter M of the IRC and Subchapter L of the IRC (if required)",<br>- "establish appropriate expense | BNY Adm. & Acct. Agreement, Schedule I (Fund Administration Services) (Roy Decl. Ex. 12) |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | accruals and compute expense ratios",<br>- "Calculate Fund approved income and per share amounts required for periodic distributions",<br>- "Calculate total return information", and<br>- "Coordinate [the] Fund's annual audit". | |
| 28. | Pursuant to the BNY Adm. & Acct. Agreement, BNY provides "Regulatory Administration Services," including:<br>- providing reports, evaluations, information, analyses, and materials to the Board;<br>- providing personnel for Board meetings;<br>- preparing and maintaining the Trust's governing documents; and<br>- providing assistance with respect to shareholder meetings for the Funds. | BNY Adm. & Acct. Agreement, Schedule I (Regulatory Administration Services) (Roy Decl. Ex. 12) |
| 29. | Lastly, pursuant to the BNY Adm. & Acct. Agreement, BNY provides "Regulatory Services," including:<br>- "maintaining a regulatory calendar for [the] Fund",<br>- "Assemble and distribute board materials … for quarterly meetings of the Board, including the drafting of agendas and resolutions for such quarterly meetings of the Board",<br>- "Attend … quarterly Board meetings and draft minutes | BNY Adm. & Acct. Agreement, Schedule I (Regulatory Administration Services) (Roy Decl. Ex. 12) |

McKool Smith Hennigan, P.C.
Los Angeles, CA

<table>
<tr><td></td><td>thereof”,<br>- “Prepare and coordinate the filing of annual post-effective amendments to a Fund’s registration statement”,<br>- “Prepare and coordinate the filings of Forms N-CSR, N-Q, and N-PX”, and<br>- “Assist with and/or coordinate such other filings, notices and regulatory matters … mutually agree[d] upon.”</td><td></td></tr>
<tr><td>30.</td><td>The BNY Adm. & Acct. Agreement requires the Fund to pay an annual fee to BNY that is calculated as a percentage of the Fund’s AUM, plus additional monthly expenses.</td><td>BNY Adm. & Acct. Agreement, Amended and Restated Administration and Accounting Services Fees, dated November 1, 2014 (Roy Decl. Ex. 12)</td></tr>
<tr><td>31.</td><td>For the Fiscal Years ending March 31, the Fund paid the following amounts in administration fees to BNY:<br><br><table><tr><th>FY</th><th>Administration Fees</th></tr><tr><td>2014</td><td>$2,624,266</td></tr><tr><td>2015</td><td>$3,891,814</td></tr><tr><td>2016</td><td>$4,173,012</td></tr></table></td><td>MetWest Funds 2014 Annual Report (Form N-CSR) (filed June 6, 2014) at 143-144 (Mockler Decl. Ex. 1); MetWest Funds 2015 Annual Report (Form N-CSR) (filed June 5, 2015) at 157-158 (Mockler Decl. Ex. 2); MetWest Funds 2016 Annual Report (Form N-CSR) (filed June 3, 2016) at 153-154 (Mockler Decl. Ex. 3)</td></tr>
<tr><td colspan="3">b. Distribution Services</td></tr>
<tr><td>32.</td><td>The Fund has an Underwriting Agreement, dated February 19, 2005, and a Rule 12b-1 Plan, dated June 26, 2013 (together, the “Distribution Agreement”), with Foreside Funds Distributors LLC (“Foreside”), pursuant to which Foreside assists in underwriting and distributing shares of the Fund.</td><td>Underwriting Agreement, dated June 26, 2013, with Foreside Distributors, LLC (Mockler Decl. Ex. 4)<br><br>Rule 12b-1 Plan, dated June 26, 2013 (Mockler Decl. Ex. 5)</td></tr>
<tr><td>33.</td><td>The services provided by Foreside</td><td>Underwriting Agreement, dated</td></tr>
</table>



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | pursuant to the Underwriting Agreement include: "act[ing] as agent for the Fund in connection with the repurchase of Shares by the Fund", "take, as agent for the Fund, all actions which, [] and subject to the Fund's reasonable approval, are necessary to carry into effect the distribution of the Shares", and "conform to the Conduct Rules of the NASD and the securities laws of any jurisdiction in which it directly or indirectly sells any shares." | June 26, 2013, with Foreside Distributors, LLC at Section 2 (Mockler Decl. Ex. 4). |
| 34. | For the distribution services, the Underwriting Agreement and Rule 12b-1 Plan requires the Fund to pay an annual fee of up to 0.25% of average daily net assets, which may be used for any expenses "primarily intended to result in the sale of the Fund's shares". These expenses can include:<br>▪ Payments to firms that provide distribution and shareholder related services and broker-dealers that engage in distribution;<br>▪ Payments made to and expenses of those who provide support services in connection with distribution and shareholder servicing, including personnel, office space and equipment, telephone facilities, processing shareholder transactions, and any other expenses not borne by the Transfer Agent;<br>▪ Costs relating to formulation and implementation of marketing activities and sales literature;<br>▪ Costs of printing and distributing prospectuses, SAIs and Fund reports to prospective shareholders; and<br>▪ Costs incurred pursuant to execution | Rule 12b-1 Plan, dated June 26, 2013 at Section 3 (Mockler Decl. Ex. 5) |

McKool Smith Hennigan, P.C.
Los Angeles, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | of services specified in the Underwriting Agreement | |
| 35. | The Rule 12b-1 Plan expressly provides that Foreside may pass through distribution fees to MetWest insofar as MetWest is involved in marketing and distributing shares of the Fund, including:<br><br>▪ "costs of payments, including incentive compensation, made to agents for and consultants to Adviser [*i.e.*, MetWest] [or] any affiliate of the Adviser"; and<br><br>▪ "payments made to, and expenses of, persons who provide support services in connection with the distribution of a Fund's shares and servicing of a Fund's shareholders, including, but not limited to, personnel of Adviser, office space and equipment, telephone facilities, answering routine inquiries regarding the Fund, processing shareholder transactions and providing any other shareholder services not otherwise provided by the Trust's transfer agency or other servicing arrangements." | Rule 12b-1 Plan, dated June 26, 2013 at Section 3 (Mockler Decl. Ex. 5) |
| 36. | For the Fiscal Years ending March 31, the Fund paid the following amounts in distribution fees:<br><br>**FY** — **Distribution Fees**<br>2014 — $22,187,574<br>2015 — $26,786,659<br>2016 — $22,187,574 | MetWest Funds 2014 Annual Rpt. (Form N-CSR) (filed June 6, 2014) at 143-144 (Mockler Decl. Ex. 1); MetWest Funds 2015 Annual Rpt. (Form N-CSR)(filed June 5, 2015) at 157-158 (Mockler Decl. Ex. 2); MetWest Funds 2016 Annual Rpt. (Form N-CSR) (filed June 3, 2016) at 153-154 (Mockler Decl. Ex. 3) |

| | | |
|---|---|---|
| 37. | The amounts of such fees passed through to MetWest is not disclosed. | |
| | **c. Transfer Agency and Shareholder Services** | |
| 38. | The Fund has a Transfer Agency and Shareholder Services Agreement, dated March 31, 2013, also with BNY (the "Transfer Agent"), which requires the Transfer Agent to provide certain services to the Fund and shareholders. | Transfer Agency & Shareholder Services Agreement (Weaver Decl. Ex. 2) |
| 39. | The services provided by BNY as Transfer Agent include:<br>▪ "Red Flags Services",<br>▪ "Anti-Money Laundering Program Services", including establishing and implementing policies, procedures and controls to ensure compliance with Section 352 of the USA PATRIOT Act, foreign account due diligence, create a customer identification program, assistance with FinCEN requests, U.S. Government List Matching Services, and Legal Process SAR Referrals,<br>▪ "Unclaimed Property Services",<br>▪ "Print Mail" services,<br>▪ "Shareholder Account Services",<br>▪ "Communications to Shareholders" that is, mailing all communications, including reports, confirmations, statements, dividend and distribution notices, and tax form identifications, by the Fund to its shareholders,<br>▪ "Maintain records of the accounts for each shareholder",<br>▪ "Lost Shareholders" services,<br>▪ services for "Tax Advantaged | Transfer Agency & Shareholder Services Agreement at 3(a), 3(b), and 3(c) (Weaver Decl. Ex. 2) |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | Accounts",<br>▪ issuing "Dividends and Distributions",<br>▪ Processing "requests to redeem Shares",<br>▪ "issue and credit an account of an investor" for share purchases,<br>▪ "Calculate 12b-1 payments",<br>▪ "Maintain shareholder registrations",<br>▪ "Direct payment processing of checks or wires",<br>▪ "Prepare and certify shareholder lists in conjunction with proxy solicitations",<br>▪ "Prepare and mail to shareholders confirmations of activity",<br>▪ "Provide toll-free lines for direct shareholder use",<br>▪ "Provide periodic shareholder lists and statistics to the Fund",<br>▪ "Notify on a timely basis the Fund's investment adviser, accounting agent, and custodian … of Share activity",<br>▪ "Accept and post daily Share purchases and redemptions",<br>▪ "Accept, post and perform shareholder transfers and exchanges" and<br>▪ "Perform other participating broker-dealer shareholder services as may be agreed upon." | |
| 40. | BNY, as Transfer Agent, receives a fee from the Fund for providing the above services. The transfer agency fee paid to BNY is calculated based on a number of account-level charges, transaction fees, | Letter re Transfer Agency and Shareholder Services Fees dated April 1, 2013 (Weaver Decl. Ex. 2) |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | and expense reimbursements. | |
| 41. | For the Fiscal Years ending March 31, the Fund paid the following amounts in Transfer Agency fees<br><br>**FY** / **Transfer Agency Fee**<br>2014 / $ 5,625,075<br>2015 / $ 25,703,816<br>2016 / $ 40,798,731 | MetWest Funds 2014 Annual Rpt. (Form N-CSR) (filed June 6, 2014) at 143-144 (Mockler Decl. Ex. 1); MetWest Funds 2015 Annual Rpt. (Form N-CSR)(filed June 5, 2015) at 157-158 (Mockler Decl. Ex. 2); MetWest Funds 2016 Annual Rpt. (Form N-CSR) (filed June 3, 2016) at 153-154 (Mockler Decl. Ex. 3) |
| | **d. Custodian Services** | |
| 42. | BNY also serves as the Fund's custodian pursuant to a Custody Agreement dated April 1, 2002 and a Joinder Agreement and Amendment dated November 1, 2014 (the "Custody Agreements"). | Custody Agreement (Mockler Decl. Ex. 6) |
| 43. | Pursuant to the Custody Agreements, BNY provides certain custody and accounting services, including:<br><br>▪ "hold any securities received by it from time to time for the Fund's account",<br>▪ "furnish the Fund with an advice of daily transactions [] and a monthly summary of all transfers",<br>▪ "receive all income and other payments" with respect to held securities"; and<br>▪ "notify the Fund of rights of discretionary actions with respect to securities." | Custody Agreement (Mockler Decl. Ex. 6) at Article 3, Sections 1(a), 2, 3, 4 |
| 44. | BNY receives a custody fee from the Fund for providing the above services. | Custody Agreement (Mockler Decl. Ex. 6) at Article VIII, Section 6 |
| 45. | For the Fiscal Years ending March 31, the Fund paid the following amounts in | MetWest Funds 2014 Annual Rpt. (Form N-CSR) (filed June 6, 2014) |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA

<table>
<tr><td></td><td>custody fees to BNY:<br><br>

| FY | Custodian Fees |
|---|---|
| 2014 | $796,996 |
| 2015 | $1,189,937 |
| 2016 | $2,040,947 |

</td><td>at 143-144 (Mockler Decl. Ex. 1); MetWest Funds 2015 Annual Rpt. (Form N-CSR)(filed June 5, 2015) at 157-158 (Mockler Decl. Ex. 2); MetWest Funds 2016 Annual Rpt. (Form N-CSR) (filed June 3, 2016) at 153-154 (Mockler Decl. Ex. 3)</td></tr>
<tr><td colspan="3">e. Supplemental Administration Services</td></tr>
<tr><td>46.</td><td>The Fund has a Supplemental Administration Agreement dated July 29, 2015 with MetWest (the “Suppl. Admin. Agreement”).</td><td>Suppl. Admin. Agreement (Mockler Decl. Ex. 7)</td></tr>
<tr><td>47.</td><td>The Suppl. Admin. Agreement defines certain administrative services that MetWest must provide that are “supplemental to the management services provided to the Fund[] under the [IMA].”</td><td>Suppl. Admin. Agreement, Section 1 (Supplemental Administrative Services) (Mockler Decl. Ex. 7)</td></tr>
<tr><td>48.</td><td>The services provided by MetWest pursuant to the Suppl. Admin. Agreement include:<br>▪ “General supervision of administration services…including but not limited to on-going due diligence”<br>▪ “Review and assist in the preparation of all regulatory filings, including but not limited to registration statement amendments, annual, semi-annual and quarterly reports…and all other state and federal filings required for the Trusts and Funds to conduct their operations”<br>▪ “Coordinate the outside services of all vendors and contractors”<br>▪ “Coordinate, prepare and review quarterly board materials”</td><td>Suppl. Admin. Agreement, Schedule A (List of Services) (Mockler Decl. Ex. 7)</td></tr>
</table>

<table>
<tr><td></td><td>
<ul>
<li>"Coordinate the audit of the Fund's financial statements"</li>
<li>"Supplemental compliance testing, review, consulting and reporting with respect to each Fund's compliance with applicable legal, tax and other requirements of applicable law and regulations"</li>
<li>"Review tax work"</li>
<li>"Monitor and make recommendations with respect to frequent trading in the Fund's shares"</li>
<li>"[G]enerally take such other actions as the Manager may deem necessary or appropriate"</li>
</ul>
</td><td></td></tr>
<tr><td>49.</td><td>The Suppl. Admin. Agreement provides for MetWest to receive up to $650,000 per year in exchange for performing the administrative services set forth in the agreement.</td><td>Suppl. Admin. Agreement, Section 3 (Fees; Expenses; Expense Reimbursement) and Schedule B (Fee Limitation) (Mockler Decl. Ex. 9)</td></tr>
<tr><td colspan="3">f. Other Services</td></tr>
<tr><td>50.</td><td>In addition to the services listed in Pl.'s SAF No. 21 - 45, the Fund pays directly for other additional operating expenses, including:
<ul><li>Commitment Fees</li></ul>
<table>
<tr><th>FY</th><th>Commitment Fees</th></tr>
<tr><td>2014</td><td>$224,938</td></tr>
<tr><td>2015</td><td>$292,988</td></tr>
<tr><td>2016</td><td>$366,350</td></tr>
</table>
<ul><li>Insurance Expenses</li></ul>
<table>
<tr><th>FY</th><th>Insurance Expenses</th></tr>
</table>
</td><td>MetWest Funds 2014 Annual Rpt. (Form N-CSR) (filed June 6, 2014) at 143-144 (Mockler Decl. Ex. 1); MetWest Funds 2015 Annual Rpt. (Form N-CSR)(filed June 5, 2015) at 157-158 (Mockler Decl. Ex. 2); MetWest Funds 2016 Annual Rpt. (Form N-CSR) (filed June 3, 2016) at 153-154 (Mockler Decl. Ex. 3)</td></tr>
</table>

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | |
|---|---|
| 2014 | $488,178 |
| 2015 | $594,910 |
| 2016 | $815,373 |

- Professional Fees

| FY | Professional Fees |
|---|---|
| 2014 | $317,211 |
| 2015 | $347,842 |
| 2016 | $407,438 |

- Trustees fees and expenses

| FY | Trustees fees & Expenses |
|---|---|
| 2014 | $357,181 |
| 2015 | $426,069 |
| 2016 | $649,385 |

- Registration & Filing Fees

| FY | Registration & Filing Fees |
|---|---|
| 2014 | $981,923 |
| 2015 | $4,836,287 |
| 2016 | $2,267,830 |

- Reports to Shareholders

| FY | Reports to Shareholders |
|---|---|
| 2014 | $2,109,020 |
| 2015 | $2,538,016 |
| 2016 | $3,651,384 |

- Miscellaneous Expenses

| FY | Misc. Expenses |
|---|---|
| 2014 | $179,399 |
| 2015 | $230,529 |
| 2016 | $373,566 |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

<table>
<tr><td></td><td>

- Repayment of Reimbursed Expenses

| FY | Misc. Expenses |
|---|---|
| 2014 | $14,775 |
| 2015 | $0 |
| 2016 | $202,090 |

</td><td></td></tr>
<tr><td>51.</td><td>

Together, the total that the Fund paid for all the services listed in Pl.'s SAF No. 21-50 was:

| FY | Total Expenses (except Advisory Fees) |
|---|---|
| 2014 | $35,906,636 |
| 2015 | $66,838,867 |
| 2016 | $91,243,848 |

</td><td>

See Appendix 4, Other Fees Paid by the Fund

*See also* MetWest Funds 2014 Annual Rpt. (Form N-CSR) (filed June 6, 2014) at 143-144 (Mockler Decl. Ex. 1); MetWest Funds 2015 Annual Rpt. (Form N-CSR)(filed June 5, 2015) at 157-158 (Mockler Decl. Ex. 2); MetWest Funds 2016 Annual Rpt. (Form N-CSR) (filed June 3, 2016) at 153-154 (Mockler Decl. Ex. 3)

</td></tr>
</table>

## III. Services Provided by MetWest to the Subadvised Funds

### A. Subadvised Funds' Organization and Operations

<table>
<tr><td>52.</td><td>

MetWest provides investment advisory services to other advisers. Those services are rendered to the following mutual funds:

(a) the AZL MetWest Total Return Bond Fund (the "AZL Subadvised Fund");
(b) Bridge Builder Core Plus Bond Fund (the "Bridge Builder Subadvised Fund");
(c) the Columbia Active Portfolios Multi-Manager Core Plus Bond Fund;
(d) Columbia Variable Portfolio – TCW Core Plus Bond;
(e) the Consulting Group Capital

</td><td>

Answer ¶ 42 (Dkt. 63)

*See also* Pl.'s SAF ¶¶ 58 to 95, below.

</td></tr>
</table>



McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | Markets Core Fixed Income Investments Fund (“CGCM Subadvised Fund”);<br>(f) MassMutual Select Total Return Fund; and<br>(g) MML Total Return Bond Fund. These funds are collectively referred to herein as the “Subadvised Funds.” | |
| 53. | Each of the Subadvised Funds is organized and sponsored by a financial institution independent of MetWest. For example, the AZL Subadvised Fund is sponsored by Allianz Investment Management LLC. | Answer ¶¶ 42, 43 (Dkt. 63) |
| 54. | Like the Fund, each of the Subadvised Funds is an open-end management investment company and is registered under the 1940 Act. | Answer ¶ 43 (Dkt. 63) |
| 55. | Like the Fund, as open-end funds, each of the Subadvised Funds has shares that may be redeemed. | *See* Allianz Variable Insurance Products Trust's Prospectus dated April 25, 2016 at 165 (Roy Decl. Ex. 36); Columbia Variable Portfolio Funds' Prospectus dated May 1, 2016 at 227 (Roy Decl. Ex. 39); Columbia Active Portfolios Multi-Manager Core Plus Bond Fund’s Prospectus dated January 1, 2016 at 35 (Roy Decl. Ex. 40); Consulting Group Capital Markets Fund’s Prospectus dated January 1, 2016 at 77 (Roy Decl. Ex. 41); MML Series Investment Fund’s Prospectus dated May 1, 2016 at 76 (Roy Decl. Ex. 42); Bridge Builder’s Prospectus dated October 28, 2016 at 9 (Roy Decl. Ex. 44); MassMutual Select Funds' Prospectus dated February 1, 2016, at 9 (Roy Decl. Ex. 8). |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| 56. | Like the Fund, the Subadvised Funds' operations are conducted by external service providers, such as advisers, transfer agents, custodians, and others, pursuant to contracts with the Subadvised Funds. | Consulting Group Capital Markets Funds Prospectus (Form N-1A)( Jan. 1, 2016) at 123 (Mockler Decl. Ex. 80); Columbia Funds Variable Series Trust II Prospectus (Form N-1A) (May 1, 2016) at 220 (Mockler Decl. Ex. 52); Bridge Builder's Statement of Additional Information dated October 28, 2016 at B-52 (Mockler Decl. Ex. 147); MassMutual Select Funds' Statement of Additional Information (Form N-1A) (Feb. 1, 2016) at B-93-B108 (Mockler Decl. Ex. 82); MML Series Investment Fund Statement of Additional Facts (Form N-1A) (May 1, 2016) at B-59-B-69 (Mockler Decl. Ex. 97). |
| 57. | Each of the sponsoring advisers have subcontracted with MetWest to provide investment advisory services to the Subadvised Funds, which receives a fee for such services paid for by the financial institution sponsors of those funds. | *See also* Pl.'s SAF No. 58 to 95, below. |
| | **B. Investment Advisory Services Provided by MetWest Pursuant to the Subadvised Funds Agreements** | |
| | **1. Allianz Subadvised Fund** | |
| 58. | MetWest has served as sub-adviser to the AZL Subadvised Fund since November 2014. | Allianz Subadvisory Agreement (Mockler Decl. Ex. 8) |
| 59. | Pursuant to the subadvisory agreement for the AZL Subadvised Fund (the "AZL Subadvisory Agreement"), MetWest provides investment advisory services, including: | Allianz Subadvisory Agreement at Sections 1(a), 1(a)(i), 1(a)(iii)(A), 1(a)(iv), 1(b) (Mockler Decl. Ex. 8)<br><br>Response to Allianz 2015 15c Questionnaire (Mockler Decl. Ex. 9 |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | ▪ managing "the investment operations and composition";<br>▪ "determ[ing]…what investments and securities will be purchased, retained, or sold";<br>▪ "plac[ing] orders…as may be selected" by MetWest;<br>▪ "periodic and special reports to the Board as reasonably requested in writing";<br>▪ providing "information and commentary for the [AZL subadvised] Fund's annual and semi-annual reports" and;<br>▪ voting "or abstaining from voting, all proxies…in accordance with [MetWest]'s proxy voting procedures". | at MWAM00716403-432)<br><br>Allianz 2015 Annual Due Diligence Meeting Topics (Mockler Decl. Ex. 10 at MWAM00841014)<br><br>Email re Allianz Prospectus & SAI Review (MetWest to Review AZL Prospectus and SAI) (Mockler Decl. Ex. 11 at MWAM01052764)<br><br>Email re Allianz quarterly review (Mockler Decl. Ex. 12 at MWAM00656283-284) (requesting quarterly portfolio review of the fund).<br><br>Email re review of Allianz's Schedule of Investments (Mockler Decl. Ex. 13 at MWAM00708295-8303).<br><br>Email re Allianz Response Letter to SEC (Mockler Decl. Ex. 14 at MWAM01111526-527, 530)<br><br>4Q 2015 Allianz RFI Qtly Update (Mockler Decl. Ex. 15 at MWAM00187397)<br><br>Allianz Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 16 at MWAM00705360-362) |
| 60. | Pursuant to the AZL Subadvisory Agreement, MetWest assists the AZL Subadvised Fund in complying with all applicable laws by providing certain reports, certifications and compliance questionnaires, including Rule 38a-1, Rule 206(4)-7 and Code of Ethics certifications. | Allianz Subadvisory Agreement (Mockler Decl. Ex. 8) at Section 1(b); Email re Response to Allianz's 2Q 2015 Compliance Questionnaire (Mockler Decl. Ex. 17 at MWAM00008287-307); Allianz 2015 Annual Due Diligence Meeting Topics |

| | | |
|---|---|---|
| | | (Mockler Decl. Ex. 10 at MWAM00840988-992).<br><br>*See also* Appendix 5, Compliance Services |
| 61. | Pursuant to the AZL Subadvisory Agreement MetWest maintains certain books and records for the AZL Subadvised Fund in compliance with 1940 Act. | Allianz Subadvisory Agreement at Section 1(c) (Mockler Decl. Ex. 8). |
| 62. | In addition to investment advisory services, MetWest provides assistance to the AZL Subadvised Fund's other third-party service providers. For instance, MetWest provides the AZL Subadvised Fund's custodian and administrator with information relating to "all transactions concerning the Fund's assets that is reasonably necessary to enable the Fund's custodian and the Fund's administrator to perform their respective duties". | Allianz Subadvisory Agreement at Section 1(a)(v) (Mockler Decl. Ex. 8).<br><br>Email re Reports from Allianz's Custodian, dated Apr. 29, 2016 (Mockler Decl. Ex. 18 at MWAM00705000) |
| 63. | MetWest may be liable to the AZL Subadvised Fund or its adviser, by reason of its willful misfeasance, bad faith, gross negligence, or reckless disregard, or where it violates the 1933 Act, the 1940 Act or the IAA of 1940. Additionally, MetWest is required to indemnify the AZL Subadvised Fund or its adviser where it acts with willful misconduct, in bad faith, with reckless disregard or with gross negligence, or where it violates the 1933 Act, the 1940 Act or the IAA of 1940, or where it violates federal or state statutes or regulations. However, MetWest is not | Allianz Subadvisory Agreement at Section 7 (Mockler Decl. Ex. 8). |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | required to indemnify the AZL Subadvised Fund or its adviser where liabilities are sustained as a result of the adviser's willful misfeasance, bad faith, reckless disregard or gross negligence, or its violation of applicable law. MetWest is afforded indemnification by the adviser under similar circumstances. | |
| 64. | MetWest charges Allianz Investment Management LLC for providing investment advisory services:<br>▪ 18 basis points on the first $500 million in average daily net assets and<br>▪ 10 basis points thereafter | Allianz Subadvisory Agreement at Schedule A (Mockler Decl. Ex. 8). |
| | **2. Bridge Builder Subadvised Fund** | |
| 65. | MetWest has served as a sub-advisor to the Bridge Builder Subadvised Fund since June 2015. | Bridge Builder Investment Subadvisory Agreement (Mockler Decl. Ex. 25) |
| 66. | Pursuant to the subadvisory agreement for the Bridge Builder Subadvised Fund (the "Bridge Builder Subadvisory Agreement"), MetWest provides investment advisory services, including:<br>▪ "full authority to manage the investment of the assets of" the Bridge Builder Subadvised Fund …;<br>▪ advising in connection with investment policy decisions and furnishing research, economic and statistical data;<br>▪ "provid[ing] research services";<br>▪ "plac[ing] orders for purchase and sales of portfolio investments";<br>▪ providing written statements showing all transactions during the month, a summary listing all | Bridge Builder Investment Subadvisory Agreement at Sections 3, 3(a), 3(d), 3(e), 3(h), 3(m), 3(n), 3(q), 4(a), and 7 (Mockler Decl. Ex. 25)<br><br>Response to 2016 Bridge Builder 15c Questionnaire (Mockler Decl. Ex. 26 at MWAM00771802-1813)<br><br>Account Review & Outlook Presentation to Edward Jones (Mockler Decl. Ex. 27 at MWAM00182019)<br><br>Email re Bridge Builder Board Meeting at (Mockler Decl. Ex. 28) (in addition to presenting to Bridge Builder Board, MetWest to provide |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | investments held in the Bridge Builder Subadvised Fund.; <br>▪ furnish the Trustees information as requested by the Board and Adviser; <br>▪ "providing the [Bridge Builder Subadvised] Fund with information and advice…to assist [it] in determining the appropriate valuation of such assets and the appropriate pricing sources for such assets…"; <br>▪ upon request, reviewing the Summary Prospectus, Prospectus, Statement of Additional Information, periodic reports to shareholders; <br>▪ "vot[ing] all proxies… in accordance with the Sub-adviser's proxy voting policy…"; and <br>▪ selecting the brokers or dealers that will execute purchase and sale transactions. | quarterly strategy updates) <br><br>Bridge Builder 2015 Annual On-Site Due Diligence Agenda (Mockler Decl. Ex. 29 at MWAM00645019) <br><br>Email re Updates to Bridge Builder SEC Filings (Mockler Decl. Ex. 30 at MWAM01098020) <br><br>Bridge Builder Form N-Q Certification, dated Apr. 7, 2016 (Mockler Decl. Ex. 31 at MWAM01178391) <br><br>Bridge Builder Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 32 at MWAM00702519-566) |
| 67. | Pursuant to the Bridge Builder Subadvisory Agreement, MetWest assists the Bridge Builder Subadvised Fund in complying with all applicable laws, Rule 38a-1 and Rule 206(4)-7 of 1940 Act, by providing certain reports, copies of compliance policies and procedures, certifications and compliance questionnaires. In fact, MetWest must "comply with all procedures and policies adopted by the Board in compliance with applicable law, including…Rules 10f-3, 12d3-1, 17a-7, 17e-1 and 17j-1 under the 1940 Act, and the Pricing and Valuation Procedures …." | Bridge Builder Investment Subadvisory Agreement at Section 3(j) (Mockler Decl. Ex. 25) <br><br>2Q 2016 Bridge Builder Compliance Questionnaire (Mockler Decl. Ex. 33 at MWAM00727565) <br><br>4Q 2015 Bridge Builder Compliance Certification (Mockler Decl. Ex. 34 at MWAM00703241) <br><br>Email re 2Q 2016 Bridge Builder Compliance Questionnaire (Mockler Decl. Ex. 35 at MWAM00736109-610) (providing quarterly compliance report and certification) |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | | *See also* Appendix 5 Compliance Services |
| 68. | Pursuant to the Bridge Builder Subadvisory Agreement, MetWest maintains certain books and records for the Bridge Builder Subadvised Fund in compliance with 1940 Act. | Bridge Builder Investment Subadvisory Agreement at Section 13 (Mockler Decl. Ex. 25) |
| 69. | In addition to investment advisory services, MetWest provides assistance to Bridge Builder Fund's other third-party providers. For instance, MetWest:<br>▪ provides "reports and information…to assist the Custodian in its determination of the market value of securities held in the [Bridge Builder Subadvised] Fund";<br>▪ instructs the Custodian concerning the delivery of securities and transfer of cash; and<br>▪ provides the Custodian with copies of trade tickets for each transaction and copies of all brokerage or dealer confirmations. | Bridge Builder Investment Subadvisory Agreement at Sections 3(b), 3(f) and 3(g) (Mockler Decl. Ex. 25) |
| 70. | MetWest may be liable to the Bridge Builder Subadvised Fund or its adviser where such liability is due to, for example, MetWest's failure to comply with the investment policies, guidelines and restrictions of the Bridge Builder Subadvised Fund, or by reason of its willful misfeasance, bad faith, gross negligence, or reckless disregard. MetWest may also be liable for the accuracy and completeness of Bridge | Bridge Builder Investment Subadvisory Agreement at Section 8 (Mockler Decl. Ex. 25) |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | Builder's disclosure documents, unless those documents are furnished to MetWest by the Bridge Builder Subadvised Fund or its adviser. MetWest is required to indemnify the Bridge Builder Subadvised Fund or its adviser, except under certain circumstances, such as where Bridge Builder Subadvised Fund or its adviser acts with willful misfeasance, in bad faith, or with gross negligence. MetWest is afforded indemnification by the adviser under similar circumstances. | |
| 71. | MetWest charges Olive Street Investment Advisers, LLC for providing investment advisory services:<br>▪ 18 basis points on the first $500 million in average daily net assets;<br>▪ 10 basis points on the next $1.5 billion in average daily net assets; and<br>▪ 5 basis points thereafter. | Bridge Builder Investment Subadvisory Agreement at Schedule A (Mockler Decl. Ex. 25) |
| | **3. Columbia Subadvised Funds** | |
| 72. | MetWest has served as a sub-advisor to the Active Portfolios Multi-Manager Core Plus Bond Fund and the Variable Portfolio-TCW Core Plus Bond Fund ("Columbia Subadvised Funds") since February 2013 and January 2014, respectively | Columbia Active Portfolios Subadvisory Agreement (Mockler Decl. Ex. 3); Columbia Variable Portfolio Subadvisory Agreement (Mockler Decl. Ex. 38) |
| 73. | The subadvisory agreement for the Active Portfolios Multi-Manager Core Plus Bond Fund, as amended in January 2014, and the subadvisory agreement for the Variable Portfolio-TCW Core Plus Bond Fund ("Columbia Subadvisory | Columbia Active Portfolios Subadvisory Agreement (Mockler Decl. Ex. 37); Columbia Variable Portfolio Subadvisory Agreement (Mockler Decl. Ex. 38) |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | Agreements") require MetWest to provide to each Columbia Subadvised Fund the same services. | |
| 74. | Pursuant to the Columbia Subadvisory Agreements, MetWest provides investment advisory services including:<br><br>▪ "manag[ing] the investment operations and composition" of the Columbia Subadvised Funds "including the purchase, retention and disposition" of securities;<br>▪ "determin[ing]…what investments and securities will be purchased, retained, or sold";<br>▪ "plac[ing] orders with or through such… broker-dealers…selected" by MetWest;<br>▪ periodic and special reports to the Board as reasonably requested in writing; and<br>▪ providing "information and commentary for the [Columbia Subadvised] Funds' annual and semi-annual reports". | Columbia Active Portfolios Subadvisory Agreement (Mockler Decl. Ex. 37), at §§ 1(a), 1(a)(i), 1(a)(iii)(A), 1(a)(iv), 1(b)(i); Columbia Variable Portfolio Subadvisory Agreement (Mockler Decl. Ex. 38), at §§ 1(a), 1(a)(i), 1(a)(iii)(A), 1(a)(iv), 1(b)(i); Columbia Subadvised Funds Summary of Reporting Requirements (Mockler Ex. 39 at MWAM0109491)<br><br>Response to Columbia 2014 15c Questionnaire (Mockler Decl. Ex. 40 at MWAM00187128); Response to Columbia 2015 15c Questionnaire (Mockler Decl. Ex. 67 at MWAM01198244)<br><br>Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042511)<br><br>Presentation to Columbia Board re Active Portfolio Multi-Manager Bond Fund, dated Dec. 8, 2015 (Mockler Decl. Ex. 42 at COL0005000); Presentation to Columbia Board re Variable Portfolio – TCW Bond Fund, dated Nov. 17, 2015 (Mockler Decl. Ex. 43 at COL0005828); Email re Columbia Board Presentation - Active Portfolio Multi-Manager Bond Fund (Mockler Decl. Ex. 44 at MWAM00650516); |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | | Email re Columbia Fund's SEC Reporting Request (Mockler Decl. Ex. 45 at MWAM00709045); Email re Columbia Derivatives Questionnaire & SEC Filings (Mockler Decl. Ex. 46 at MWAM00672505);<br><br>Columbia Variable Portfolio – TCW Bond Fund 2016 NCSR-SOX Certification (Mockler Decl. Ex. 47) (MWAM01198100); Columbia Active Portfolio Multi-Manager Bond Fund 2016 NCSR-SOX Certification (Mockler Decl. Ex. 48) (MWAM01198108) |
| 75. | Pursuant to Columbia's reporting requirements, MetWest fulfills the following reporting requirements:<br>▪ daily trade files and holdings;<br>▪ monthly affiliated transactions (Rule 10f-3, 17e-1, 17a-7);<br>▪ quarterly portfolio review;<br>▪ quarterly SOX certification<br>▪ quarterly compliance representation;<br>▪ quarterly performance & commentary;<br>▪ semi-annual derivatives report<br>▪ semi-annual N-SAR and fixed income report;<br>▪ annual portfolio manager commentary;<br>▪ prospectus and statement of additional information updates;<br>▪ soft dollar / client commission report;<br>▪ tax reporting;<br>▪ annual contract renewal form;<br>▪ annual compliance questionnaire;<br>▪ annual commission summary; and | Columbia Subadvised Funds Summary of Reporting Requirements (Mockler Decl. Ex. 39 at MWAM01094921)<br><br>Response to Columbia 2014 15c Questionnaire (Mockler Decl. Ex. 40 MWAM00187118 at 128); Response to Columbia 2015 15c Questionnaire (Mockler Decl. Ex. 67 at MWAM01198244)<br><br>Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042504); Legal and Compliance and Operations Overview for Columbia (Mockler Decl. Ex. 49 at MWAM00958013)<br><br>Columbia Active Portfolio Multi-Manager Bond Fund 2015 Prospectus Review (Mockler Decl. Ex. 50 at MWAM01198104); Columbia Variable Portfolio – TCW Bond Fund 2015 Prospectus |

McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | ▪ annual due diligence questionnaire and on-site due diligence visit. | Review (Mockler Decl. Ex. 51 at MWAM01198124); Email re Columbia Funds SEC Reporting Request (Mockler Decl. Ex. 45 at MWAM00709045); Email re Columbia Active Portfolio Multi-Manager Bond Fund Derivatives Questionnaire & SEC Filings (Mockler Decl. Ex. 46 at MWAM00672505); Columbia Active Portfolio Multi-Manager Bond Fund 2016 Portfolio Management Questions for Annual Report (Mockler Decl. Ex. 68 at MWAM01198518)<br><br>Columbia 2015 Compliance Annual Questionnaire (Mockler Decl. Ex. 53 at MWAM01198839); Core Plus Bond Fund Quarterly Compliance Questionnaire, with attachments (Mockler Decl. Ex. 54 at MWAM00687933); 1Q 2015 Columbia Quarterly Compliance Questionnaire (Mockler Decl. Ex. 55 at MWAM01198177); Email re 1Q 2015 Columbia Compliance Questionnaire (Mockler Decl. Ex. 56 at MWAM00199457); 1Q 2015 Columbia Active Portfolio Multi-Manager Bond Fund Compliance Quarterly Questionnaire, with attachment (Mockler Decl. Ex. 57 at MWAM00691978)<br><br>Columbia Variable Portfolio – TCW Bond Fund 2016 NCSR-SOX Certification (Mockler Decl. Ex. 47 at MWAM01198100); Columbia Active Portfolio Multi-Manager Bond Fund 2016 NCSR-SOX Certification (Mockler Decl. |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | Ex. 48 at MWAM01198108)<br><br>Columbia Active Portfolio Multi-Manager Bond Fund Monthly Affiliated Transactions Report for November 2014 (Mockler Decl. Ex. 58 at MWAM01198445); Columbia Variable Portfolio – TCW Bond Fund Mthly Affiliated Transactions Report for November 2014 (Mockler Decl. Ex. 59 at MWAM01198155)<br><br>1Q 2014 Columbia Quarterly Performance Commentary Request (Mockler Decl. Ex. 60 at MWAM01198253); 1Q 2016 Columbia Active Portfolio Multi-Manager Bond Fund Quarterly Performance Commentary Request (Mockler Decl. Ex. 61 at MWAM01084630); 1Q 2016 Columbia Variable Portfolio – TCW Bond Fund Quarterly Performance Commentary Request (Mockler Decl. Ex. 62 at MWAM01073230)<br><br>Columbia Active Portfolio Multi-Manager Bond Fund Fiscal Semi-Annual Report for Period Ending Feb. 28, 2015 (Mockler Decl. Ex. 63 at MWAM01198145); Columbia Active Portfolio Multi-Manager Bond Fund Derivatives Questionnaire (Mockler Decl. Ex. 64 at MWAM00672507); Columbia Variable Portfolio – TCW Bond Fund Fiscal Semi-Annual Report for the Period Ending June 30, 2015 (Mockler Decl. Ex. 65 at MWAM01198261); |

McKool Smith Hennigan, P.C.
Los Angeles, CA

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | Columbia Active Portfolio Multi-Manager Bond Fund 2015 Fiscal Year-End Report (Mockler Decl. Ex. 75) (MWAM01198052); Columbia Variable Portfolio – TCW Bond Fund 2015 Fiscal Year-End Report (Mockler Decl. Ex. 76 at MWAM01198319)<br><br>Columbia Active Portfolio Multi-Manager Bond Fund 2013 Annual Commission Summary (Mockler Decl. Ex. 77 at MWAM01198408); Columbia Variable Portfolio – TCW Bond Fund 2014 Annual Commission Summary (Mockler Decl. Ex. 78 at MWAM01198160)<br><br>Columbia Active Portfolio Multi-Manager Bond Fund 2016 Portfolio Management Questions for Annual Report (Mockler Decl. Ex. 68 at MWAM01198244) |
| 76. | Pursuant to the Columbia Subadvisory Agreements, MetWest assists the Columbia Subadvised Funds in complying with all applicable laws by providing certain reports, certifications and compliance questionnaires, including Rule 38a-1, Rule 206(4)-7 and Code of Ethics certifications. | Columbia Active Portfolios Subadvisory Agreement (Mockler Decl. Ex. 37, §§ 1(b) and 1(d) at MWAM00008237-8239, 8241);<br><br>Columbia Variable Portfolio Subadvisory Agreement (Mockler Decl. Ex. 38, §§ 1(b) and 1(d) at MWAM00181473-1474).<br><br>Response to Columbia 2014 15c Questionnaire (Mockler Decl. Ex. 40 at MWAM00187118)<br><br>Response to Columbia 2015 15c Questionnaire (Mockler Decl. Ex. 67) (MWAM01198244, at 245)<br><br>Legal and Compliance and |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958074)<br><br>Columbia 2015 Compliance Annual Questionnaire (Mockler Decl. Ex. 53 at MWAM01198839);<br><br>1Q 2015 Compliance Quarterly Fund Questionnaire – Variable Portfolio – TCW Core Plus Bond Fund (Mockler Decl. Ex. 54;<br><br>1Q 2015 Columbia Quarterly Compliance Questionnaire (Mockler Decl. Ex. 55 at MWAM01198177); Email re 1Q 2015 Columbia Compliance Questionnaire (Mockler Decl. Ex. 56 at MWAM00199457;<br>1Q 2015 Columbia Active Portfolio Multi-Manager Bond Fund Compliance Quarterly Questionnaire, with attachment (Mockler Decl. Ex. 57 at MWAM00691978)<br><br>Columbia Variable Portfolio – TCW Bond Fund 2016 NCSR-SOX Certification (Mockler Decl. Ex. 47 at MWAM01198100); Columbia Active Portfolio Multi-Manager Bond Fund 2016 NCSR-SOX Certification (Mockler Decl. Ex. 48 at MWAM01198108)<br><br>*See also* Appendix 5, Compliance Services |
| 77. | Pursuant to the Columbia Subadvisory Agreements, MetWest maintains certain | Columbia Active Portfolios Subadvisory Agreement (Mockler |

| | | |
|---|---|---|
| | books and records for the Columbia Subadvised Funds in compliance with 1940 Act. | Decl. Ex. 37 at 1(a)(iv)); Columbia Variable Portfolio Subadvisory Agreement (Mockler Decl. Ex. 38 at 1(a)(iv))<br><br>1Q 2015 Compliance Quarterly Fund Questionnaire – Variable Portfolio – TCW Core Plus Bond Fund (Mockler Decl. Ex. 54 at MWAM00687933); 1Q 2015 Columbia Active Portfolio Multi-Manager Bond Fund Compliance Quarterly Questionnaire, with attachment (Mockler Decl. Ex. 57 at MWAM00691978) |
| 78. | In addition to investment advisory services, MetWest provides assistance to the Columbia Subadvised Funds' other third-party service providers. For instance, MetWest provides the custodian an affirmation or daily trade file containing information relating to all transactions for the Columbia Subadvised Funds. | Columbia Active Portfolios Subadvisory Agreement (Mockler Decl. Ex. 37 at 1(a)(v)); Columbia Variable Portfolio Subadvisory Agreement (Mockler Decl. Ex. 38 at 1(a)(v))<br><br>Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 40 at MWAM01042504, at 522)<br><br>Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958041 & 43-44)<br><br>Email re Coordinating w/ Columbia's Custodian (Mockler Decl. Ex. 74) (MWAM00202660) |
| 79. | MetWest may be liable to the Columbia Subadvised Funds or their adviser as a result of the performance of its duties, where such liability is due to willful | Columbia Active Portfolios Subadvisory Agreement (Mockler Decl. Ex. 37 at 8(a)); Columbia Variable Portfolio Subadvisory Agreement (Mockler Decl. Ex. 38 |

McKool Smith Hennigan, P.C.
Los Angeles, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | misconduct, bad faith, reckless disregard or gross negligence, or due to an untrue statement or omission of a material fact in regulatory filings or other statements, or due to violation of any federal or state statute or law, or the loss was directly attributable to an act or omission by MetWest resulting in an error in the net asset value of the Columbia Subadvised Funds. Additionally, MetWest may be liable for any loss caused by certain third parties, under certain circumstances. Similar provisions regarding liability and indemnification are afforded to MetWest by the Columbia Subadvised Funds and its adviser. | at 8(a)). |
| 80. | MetWest charges Columbia Management Investment Advisers, LCC for providing investment advisory services:<br><br>▪ 18 basis points on the first $500 million in average daily net assets;<br>▪ 10 basis points on the next $1.5 billion in average daily net assets; and<br>▪ 5 basis points thereafter. | Columbia Active Portfolios Subadvisory Agreement at Schedule A (Mockler Decl. Ex. 37); Columbia Variable Portfolio Subadvisory Agreement at Schedule A (Mockler Decl. Ex. 38) |
| | **4. CGCM Subadvised Fund** | |
| 81. | MetWest has served as a subadvisor to the CGCM Subadvised Fund since February 2010. | CGCM Subadvisory Agreement (Mockler Decl. Ex. 79) |
| 82. | Pursuant to the CGCM Investment Advisory Agreement (the "CGCM Subadvisory Agreement"), MetWest provides investment advisory services, including: | CGCM Subadvisory Agreement (Mockler Decl. Ex. 79) at 2(A), 2(B)(i)<br><br>Response to 2015 CGCM 15c |

| | | |
|---|---|---|
| | ▪ managing "the investments of [CGCM Subadvised Fund] in accordance with the Portfolio's investment objective, policies, and restrictions…";<br>▪ "mak[ing] investment decisions for" CGCM Subadvised Fund;<br>▪ "plac[ing] purchase and sale orders for portfolio transactions for" CGCM Subadvised Fund;<br>▪ "employ[ing] professional portfolio managers and securities analysts to provide research services to" CGCM Subadvised Fund;<br>▪ "regularly report[ing] to the Board and the Manager…with respect to the implementation of the investment program…including attendance at Board meetings, as reasonable requested, to present such reports to the Board";<br>▪ "comply[ing] with valuation procedures adopted by the Board,…and consult with the Trust's pricing agent regarding the valuation of securities…";<br>▪ "select[ing] brokers and dealers to effect all orders for the purchase and sale of" securities;<br>▪ "voting all proxies." | Questionnaire (Mockler Decl. Ex. 81 at MWAM0083851<br><br>CGCM Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 87 at MWAM01085267 – 5322)<br><br>2Q 2015 CGCM Funds Compliance Questionnaire (Mockler Decl. Ex. 85 at MWAM00239714) (stating that proxies were voted)<br><br>Email re CGCM Reconciliation & SOI Review (Mockler Decl. Ex. 91 at MWAM00132044<br><br>Email re CGCM Redemption (Mockler Decl. Ex. 92 at MWAM00254724). |
| 83. | Pursuant to CGCM Subadvisory Agreement, MetWest assists the CGCM Subadvised Fund in complying with all applicable laws, including Rule 38a-1 and Rule 206(4)-7 of the ICA 40, by providing certain reports, certifications and compliance questionnaires. | CGCM Subadvisory Agreement (Mockler Decl. Ex. 79 at Section 11)<br><br>Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835851). |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | CGCM 2015 Portfolio Manager Questionnaire (Mockler Decl. Ex. 84 at MWAM00695110 – 5117)<br><br>2Q 2015 CGCM Funds Compliance Questionnaire (Mockler Decl. Ex. 85 at MWAM000239711)<br><br>Email re CGCM Compliance Report & SOI, with attachments (Mockler Decl. Ex. 86 at MWAM00132097-2110)<br><br>CGCM 2013 Annual Compliance Due Diligence Agenda (Mockler Decl. Ex.83 at MWAM00191501)<br><br>*See also* Appendix 5, Compliance Services |
| 84. | Pursuant to the CGCM Subadvisory Agreement, MetWest maintains certain books and records for the CGCM Subadvised Fund in compliance with 1940 Act. | CGCM Subadvisory Agreement (Mockler Decl. Ex. 79 at Section 2(F) |
| 85. | MetWest is required to indemnify CGCM's manager under certain circumstances where it acts with willful misfeasance, in bad faith, with gross negligence or in reckless disregard. CGCM indemnifies MetWest under similar circumstances. | CGCM Subadvisory Agreement (Mockler Decl. Ex. 79 at Section 5 |
| 86. | MetWest charges Consulting Group Advisory Services LLC for providing investment advisory services:<br><br>▪ 15 basis points for all assets under | CGCM Subadvisory Agreement (Mockler Decl. Ex. 79 at Appendix A |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | management | |
| **5. Mass Mutual Subadvised Funds** | | |
| 87. | MetWest has served as sub-advisor to the MassMutual Select Total Return Bond Fund and the MML Total Return Bond Fund ("MML Subadvised Funds") since November 2014 and December 2014, respectively. | MassMutual Select Total Return Bond Fund's Subadvisory Agreement (Mockler Decl. Ex. 93) (PX-21, MWAM00181457); MML Total Return Bond Fund's Subadvisory Agreement (Mockler Decl. Ex. 95) (PX-20, at MWAM00181425) |
| 88. | The subadvisory agreements for the MML Subadvised Funds ("MML Subadvisory Agreements") require MetWest to provide to each MML Subadvised Fund the same services. | MassMutual Select Total Return Bond Fund's Subadvisory Agreement (Mockler Decl. Ex. 93); MML Total Return Bond Fund's Subadvisory Agreement (Mockler Decl. Ex. 95) |
| 89. | Pursuant to the MML Subadvisory Agreements, MetWest provides investment advisory services including:<br><br>▪ "provid[ing] a continuing investment program";<br>▪ "determin[ing] what securities or other investments shall be purchased or sold";<br>▪ "arrang[ing]…for the purchase and sale of securities and other investments";<br>▪ "provid[ing] reports [on investment performance] to the Board …at each Board meeting";<br>▪ "plac[ing] orders… as may be selected" by MetWest;<br>▪ reports on a monthly, quarterly or annual basis, as reasonably requested or as required by applicable law including, but not limited to, compliance reports and | MassMutual Select Total Return Bond Fund's Subadvisory Agreement at Sections 2(a), 5(a), 2(b) and 2(h) (Mockler Decl. Ex. 93)<br><br>MML Total Return Bond Fund's Subadvisory Agreement at Sections 2(a), 5(a), 2(b) and 2(h) (Mockler Decl. Ex. 95)<br><br>Portfolio & Review Outlook Presentation to MassMutual Group, dated Oct. 6, 2015 (Mockler Decl. Ex. 100 at MML0002092)<br><br>Email re MassMutual SEC Filings (Mockler Decl. Ex. 103 at MWAM01141338-339)<br><br>Email re Reviewing MML Funds SEC Filings (Mockler Decl. Ex. 105 at MWAM01097075-076) |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | reports listed in Appendix A of the MML Subadvisory Agreement;<br>▪ providing to MML Advisers information and commentary for the MML Subadvised Funds' annual and semi-annual reports; and<br>▪ voting or determining to abstain from voting all proxies and providing records of its proxy voting necessary for the MML Subadvised Funds to comply with laws, rules, and regulations. | Performance Commentary & Outlook for MML Funds, dated Sept. 30, 2015 (Mockler Decl. Ex. 104 at MWAM01072248)<br><br>1Q 2015 MML Quarterly Compliance Certification (Mockler Decl. Ex. 105 at MML0000875)(showing that MetWest votes for proxies on behalf of the MML Subadvised Funds)<br><br>MassMutual Total Return Bond Fund Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 111 at MWAM007054160-477)<br><br>MML Total Return Bond Fund Monthly Statement for May 2015 (Mockler Decl. Ex. 112 at MWAM00657132-191)<br><br>Email re MassMutual Select Total Return Large Redemption (Mockler Decl. Ex. 118 at MWAM00656337)<br><br>Email re MassMutual Select Total Return Large Redemption (Mockler Decl. Ex. 119 at MWAM00654783)<br><br>Email re MML Onboarding (Mockler Decl. Ex. 116 at MWAM00671753-754) |
| 90. | Pursuant to Appendix A of the MML Subadvisory Agreements, MetWest performs the following:<br>▪ provides Quarterly Portfolio Data | MassMutual Select Total Return Bond Fund's Subadvisory Agreement at Appendix A (Mockler Decl. Ex. 93) |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | Sheets and Portfolio Manager; Commentary to MML Advisers;<br>▪ conducts quarterly conference calls with MML Advisers; and<br>▪ participates in annual on-site due diligence meeting. | MML Total Return Bond Fund's Investment Subadvisory Agreement at Appendix A (Mockler Decl. Ex. 95)<br><br>Portfolio & Review Outlook Presentation to MassMutual Group, dated Oct. 6, 2015 (Mockler Decl. Ex. 100 at MML0002092)<br><br>Fixed Income Review Presentation to MML Investment Advisers, dated Feb. 10, 2016 (Mockler Decl. Ex. 101 at MML0001989) (discussing attribution)<br><br>MML 2016 Due Diligence Agenda (Mockler Decl. Ex. 98 at MWAM00130305)<br><br>MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130539)<br><br>Performance Commentary & Outlook for MML Funds (Mockler Decl. Ex. 104 at MWAM01072248) |
| 91. | Pursuant to the MML Subadvisory Agreements, MetWest assists the MML Subadvised Funds in complying with all applicable laws by providing certain reports, certifications and compliance questionnaires, including Rule 38a-1, Rule 206(4)-7 and Code of Ethics certifications. | MassMutual Select Total Return Bond Fund's Subadvisory Agreement at 2(h) (Mockler Decl. Ex. 93)<br><br>MML Total Return Bond Fund's Subadvisory Agreement at 2(h) (Mockler Decl. Ex. 95)<br><br>1Q 2015 MML Quarterly Compliance Certification (Mockler Decl. Ex. 105 at MML0000874- |

McKool Smith Hennigan, P.C.
Los Angeles, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | | 885)<br><br>2Q 2015 MML Funds CCO Certification (Mockler Decl. Ex. 107 at MML0000749)<br><br>206(4)-7 Compliance Testing Report & Annual Certification for MML (Mockler Decl. Ex. 108 at MWAM00130615-618)<br><br>MML Funds SOX Disclosure Certification (Mockler Decl. Ex. 110 at MWAM01197932)<br><br>*See also* Appendix 5, Compliance Services |
| 92. | Pursuant to the MML Subadvisory Agreements, MetWest maintains certain books and records for the MML Subadvised Funds in compliance with 1940 Act. | MassMutual Select Total Return Bond Fund's Subadvisory Agreement at Section 2(d) (Mockler Decl. Ex. 93<br><br>MML Total Return Bond Fund's Subadvisory Agreement at Section 2(d) (Mockler Decl. Ex. 95)<br><br>*See also* MML 2016 Due Diligence Questionnaire (Mocker Decl. Ex. 98 at MWAM00130610) |
| 93. | In addition to investment advisory services, MetWest provides assistance to MML's other third-party service providers. For instance, MetWest:<br>▪ provides the custodian of the MML Subadvised Funds each business day information relating to all transactions concerning the MML Subadvised Funds' assets;<br>▪ provides to the custodian or administrator and/or sub- | MassMutual Select Total Return Bond Fund's Subadvisory Agreement at Section 2(e) (Mockler Decl. Ex. 93 _)<br><br>MML Total Return Bond Fund's Subadvisory Agreement at Section 2(e) (Mockler Decl. Ex. 95)<br><br>Email re Coordinating MML Fund Onboarding with MML's |

| | | |
|---|---|---|
| | administrator any information as reasonably requested. | Custodian (Mockler Decl. Ex. 116 at MWAM00010379) |
| 94. | MetWest is indemnified by the MML Subadvised Funds' adviser for any liability, except that resulting from certain conduct of MetWest, such as reckless disregard, willful misfeasance, bad faith, gross negligence, fraud or willful misconduct. MetWest may also be liable for any untrue statement or omission of a material fact in regulatory filings or other materials, if that statement or omission was not made in reliance on written information provided to the MML Subadvised Funds or their adviser. The MML Subadvised Funds' adviser is indemnified by MetWest under similar circumstances. | MassMutual Select Total Return Bond Fund's Subadvisory Agreement at Section 13 (Mockler Decl. Ex. 93)<br><br>MML Total Return Bond Fund's Subadvisory Agreement at Section 13 (Mockler Decl. Ex. 95) |
| 95. | MetWest charges MML Advisers for providing investment advisory services:<br><br>▪ 18 basis points on the first $500 million in average daily net assets and<br>▪ 10 basis points thereafter. | MassMutual Select Total Return Bond Fund's Subadvisory Agreement at Section 4 (Mockler Decl. Ex. 93); MML Total Return Bond Fund's Subadvisory Agreement at Section 4 (Mockler Decl. Ex. 85) |
| | **IV. THE TOTAL RETURN BOND FUND AND THE SUBADVISED FUNDS HAVE SIMILAR OBJECTIVES AND STRATEGY AND ARE SERVED BY THE SAME PERSONNEL** | |
| 96. | The Subadvised Funds have the same investment objectives, portfolio managers, invest in the same type of securities, and employ the same investment strategies as the Fund as evidenced by the Subadvised Funds' SEC filings. | Metropolitan West Funds' Summary Prospectus for 4th Quarter 2016 (Roy Decl. Ex. 30); Columbia Variable Portfolio Funds' Prospectus dated May 1, 2016 at 96, 104 (Roy Decl. Ex. 39); Allianz Variable Insurance Products Trust's |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | Prospectus dated April 25, 2016 at 64-66 (Roy Decl. Ex. 36); Columbia Active Portfolios Multi-Manager Core Plus Bond Fund's Prospectus dated January 1, 2016 at 3-4 (Roy Decl. Ex. 40); Consulting Group Capital Markets Fund's Prospectus dated January 1, 2016 at 20, 22, 23 (Roy Decl. Ex. 41); Bridge Builder's Prospectus dated October 28, 2016 at 9-10, (Roy Decl. Ex. 44) |
| 97. | In the annual responses to 15(c) questionnaires and/or due diligence questionnaires from Subadvised Funds, MetWest states that the Subadvised Funds and the Fund have the "comparable investment objectives or investment strategies." | Response to 2016 Bridge Builder 15c Questionnaire at MWAM00771812 (Mockler Decl. Ex. 26);<br><br>*See also*<br>Response to Allianz 2015 15c Questionnaire (Mockler Decl. Ex. 9 at MWAM00716423);<br><br>Response to Columbia 2015 15c Questionnaire (Mockler Decl. Ex. 67 at MWAM01198248). |
| 98. | The same office space is used to provide services to the Fund and the Subadvised Funds: "All U.S. Fixed Income investment management is conducted out of our Los Angeles office." | Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042504) |
| 99. | The same trading room is used to provide services to the Fund and the Subadvised Funds, where MetWest's portfolio managers and analysts are required to perform their duties. | *See, e.g.*, Allianz Investment Management LLC Annual Due Diligence Meeting Topics – August 2015 (Mockler Decl. Ex. 10 at MWAM00841007) |
| 100. | The same personnel provide services to the Fund and the Subadvised Funds. | *See, e.g.*, Email re Contact List for MML (Mockler Decl. Ex. 113)(PX-0173A); (MWAM01102476); Contact List for CGCM (Mockler Decl. Ex. 88 |



McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | | at MWAM00239724); Email re TCW Operations Contact List for Allianz (Mockler Decl. Ex. 20 at MWAM00708999); 2015 AZL 15c Questionnaire Response (Mockler Decl. Ex. 9 at (MWAM00716406-412); Response to Columbia 2015 15c Questionnaire (Mockler Decl. Ex. 67 at MWAM01198246-247); Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835857 - 860); Response to 2016 Bridge Builder 15c Questionnaire (Mockler Decl. Ex. 26 at MWAM00771804 – 806); Response to Allianz 2015 15c Questionnaire (Mockler Decl. Ex. 9 at MWAM00716507 - 513.) |
| 101. | MetWest's Client Services Group provides an array of services to all clients, including the Subadvised Funds. | *See e.g.*, Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042520-521); Email re Allianz quarterly review, dated Apr. 20, 2015 (Mockler Decl. Ex. 12 at MWAM00656283-284) (requesting a quarterly portfolio review of the AZL Subadvised Fund); Account Review & Outlook Presentation re Edward Jones, dated Jan. 29, 2016 Mockler Decl. Ex. 27 at MWAM00182027-029, 033-660) (providing a portfolio review of the Bridge Builder Subadvised Funds as well as providing a market outlook); Presentation to Columbia Board re Active Portfolio Multi-Manager Bond Fund, dated Dec. 8, 2015 (Mockler Decl. Ex. 42 at COL0005009-021) (same but for |

McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | the Columbia Board re Active Portfolio Multi-Manager Core Plus Bond Fund) ; Presentation to Columbia Board re Variable Portfolio – TCW Bond Fund, dated Nov. 17, 2015 (Mockler Decl. Ex. 43 at COL0005837-848) (same but for Variable Portfolio – TCW Core Plus Bond Fund); Portfolio & Review Outlook Presentation to MassMutual Group, dated Oct. 6, 2015 (Mockler Decl. Ex. 100 at MML0002110-122, 149, 201-205) (same but for the MML Subadvised Funds). |
| 102. | The Client Services Group provides "robust monthly and quarterly reporting specific to the client's portfolio", as well as ad hoc reporting, white papers, and other publications. | *See e.g.*, Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042520-521); Email re Allianz quarterly review, dated Apr. 20, 2015 (Mockler Decl. Ex. 12 at MWAM00656283-284) (requesting a quarterly portfolio review of the AZL Subadvised Fund); Account Review & Outlook Presentation to Edward Jones, dated Jan. 29, 2016 Mockler Decl. Ex. 27 at MWAM00182027-029, 033-660) (providing a portfolio review of the Bridge Builder Subadvised Funds as well as providing a market outlook); Presentation to Columbia Board re Active Portfolio Multi-Manager Bond Fund, dated Dec. 8, 2015 (Mockler Decl. Ex. 42 at COL0005009-021) (same but for the Columbia Board re Active Portfolio Multi-Manager Core Plus Bond Fund); Presentation to Columbia Board re Variable |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | Portfolio – TCW Bond Fund, dated Nov. 17, 2015 (Mockler Decl. Ex. 43 at COL0005837-848) (same but for Variable Portfolio – TCW Core Plus Bond Fund); Portfolio & Review Outlook Presentation to MassMutual Group (Mockler Decl. Ex. 100 at MML0002110-122, 149, 201-205) (same but for the MML Subadvised Funds); AZL Subadvised Fund Monthly Statement (Mockler Decl. Ex. 16 at MWAM00705360-362); Bridge Builder Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 32 at MWAM00702519-521); CGCM Subadvised Fund Monthly Statement (Mockler Decl. Ex. 87 at MWAM01085267-269); TCW Core Plus Bond Fund Monthly Statement (Mockler Decl. Ex. 70 at MWAM00724043-046); Active Portfolios Multi-Manager Core Plus Bond Fund Monthly Statement (Mockler Decl. Ex. 71 at MWAM00724135-137); MassMutual Total Return Bond Fund Monthly Statement (Mockler Decl. Ex. 111 at MWAM00705416-419); MML Total Return Bond Fund Monthly Statement (Mockler Decl. Ex. 112 at MWAM00657132-7135). |
| 103. | MetWest provides detailed monthly account statements to each of the Subadvised Funds. | Allianz Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 16 at MWAM00705360-362); Bridge Builder Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 32 at MWAM00702519-521); CGCM Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 87 at |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | MWAM01085267-269); Columbia TWC Core Plus Bond Fund Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 70 at MWAM00724043-046); Columbia Active Portfolio Multi-Manager Bond Fund Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 71 at MWAM00724135-137); MassMutual Total Return Bond Fund Monthly Statement for Sept. 2015 (Mockler Decl. Ex. 111 at MWAM00705416-419); MML Total Return Bond Fund Monthly Statement for May 2015 (Mockler Decl. Ex. 112 at MWAM00657132-7135). |
| 104. | The Client Services Group is responsible for responding to 15(c) questionnaires, compliance questionnaires, checklists and certifications from the Subadvised Funds. | *See e.g.*, Response to Allianz 2015 15c Questionnaire (Mockler Decl. Ex. 9 at MWAM00716403 -432); Email re Response to Allianz's 2Q 2015 Compliance Questionnaire (Mockler Decl. Ex. 17 at MWAM00008287-307); Response to 2016 Bridge Builder 15c Questionnaire (Mockler Decl. Ex. 26 at MWAM00771802-813); 2Q 2016 Bridge Builder Compliance Questionnaire (Mockler Decl. Ex. 33 at MWAM00727565); Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at (MWAM00835851-919); 2Q 2015 CGCM Funds Compliance Questionnaire (Mockler Decl. Ex. 85 at MWAM00239711-723); Responses to Columbia Subadvised Funds 2014 15(c) Questionnaire (Mockler Decl. Ex. 40 at MWAM00187118-128); 1Q 2015 |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | Columbia Variable Portfolio – TCW Core Plus Bond Fund Quarterly Compliance Questionnaire, with attachments (Mockler Decl. Ex. 54 at MWAM00687933); 1Q 2015 Columbia Active Portfolio Multi-Manager Bond Fund Compliance Quarterly Questionnaire, with attachment (Mockler Decl. Ex. 57 at MWAM00691978-983); 1Q 2015 MML Quarterly Compliance Certification (Mockler Decl. Ex. 105 at MML0000874-885). |
| 105. | The Subadvised Funds conduct, at least annually, due diligence visits of MetWest and the Total Return Bond Fund. The Subadvised Fund select the topics to be covered in the meetings, such as operations, compliance, legal, or investment process. MetWest completes detailed due diligence questionnaires in connection with these visits. | Gibson Dep. 127:11-127:23 (MetWest completes due diligence questionnaires which are transmitted to the client by the Client Services Group).<br><br>*See e.g.*, Allianz 2015 Annual Due Diligence Meeting Topics (Mockler Decl. Ex. 10 at MWAM00840982-036); Bridge Builder 2015 Annual On-Site Due Diligence Agenda (Mockler Decl. Ex. 29 at MWAM00645019); CGCM 2013 Annual Compliance Due Diligence Agenda (Mockler Decl. Ex. 83 at MWAM00191501); Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042504-534); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130539-611); MML 2016 Due Diligence Agenda (Mockler Decl. Ex. 98 at MWAM00130305-306). |

**V. THE SAME SYSTEMS AND PROCESSES ARE USED BY**



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | **METWEST TO PROVIDE SERVICES TO BOTH THE TOTAL RETURN BOND FUND AND THE SUBADVISED FUNDS** | |
| 106. | MetWest utilizes both proprietary and external systems to manage both the Fund and the Subadvised Funds, including but not limited to:<br><br>▪ Altair Code of Ethics Compliance System – Automated personal securities trading monitoring system used to monitor personal securities transactions under the Code of Ethics.<br><br>▪ Charles River Investment Management System – Automated investment limitation monitoring system used for pre-trade and post-trade compliance monitoring.<br><br>▪ Securities Management System (“SMS”) – A proprietary portfolio management system used for, among other things, order management, portfolio risk management, portfolio trading, portfolio accounting, repurchase transactions, and operations.<br><br>▪ STaARS – An external vendor application that matches cash transactions between SMS and eligible custodian banks.<br><br>▪ Bloomberg – an external vendor application that provides, among other things, broad fixed income analysis<br><br>▪ Investment Risk Analytics – Reporting system that analyzes, organizes and summarizes information from a variety of | Allianz 2015 Annual Due Diligence Meeting Topics (Mockler Decl. Ex. 10 at MWAM00840982, 991);<br>Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042522);<br>Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958035, 067);<br>Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at (MWAM00835904 – 906, 910 – 911, 918);<br>Engelsman Tr. at 56:8-20, 64:12-21 (Mockler Decl. Ex. 128) (explaining that Charles River System is an automated compliance guideline monitoring system.);<br>Engelsman Tr. at 66:20-23 (Mockler Decl. Ex. 128) (discussing the Altaire Code of Ethics system.);<br>Kahn Tr. at 14:14-24, 19:9-23:11, 135:2-138:5 (Mockler Decl. Ex. 130) (describing the SMS system);<br>Kahn Tr. at 93:21-24 (Mockler Decl. Ex. 130) (identifying the STaARS function listed on Mockler Ex. 49 (PX-23));<br>Kahn Tr. at 136:12-137:2 (Mockler Decl. Ex. 130) (describing the information imported from Bloomberg to the SMS system);<br>Kahn Tr. at 139:5-141:5 (Mockler Decl. Ex. 130) (explaining how the Charles River System is used for |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | sources<br>▪ EVARE/SS&C – an external vendor and supports MetWest's automated reconciliation process. | portfolio compliance). |
| 107. | MetWest has developed numerous models for managing both the Fund and the Subadvised Funds, including:<br>▪ Credit Risk Model – Analyzes both the credit risk and a portfolio to asses a portfolio's risk measures as compared to the credit index and assists in identification of potential investment ideas.<br>▪ Proprietary Loan Cash Flow Model – Uses comprehensive loan level data from third party sources and proprietary loan database to construct proprietary default, prepayment, and loan loss models.<br>▪ Index Exposure Analysis – Proprietary system that queries portfolios on risk levels against the benchmark, which can be converted into scenario analysis or rolled up into a Value at Risk analysis<br>▪ Treasury Model – Calculates the fair value of all U.S. Government Treasury coupon, interest, and principal strips and callable securities.<br>▪ Risk Management – Internally developed algorithms perform validation checks on security analytics.<br>▪ Credit Bond Model – Screens issuers in the corporate bond | Allianz 2015 Annual Due Diligence Meeting Topics (Mockler Decl. Ex. 10 at MWAM00840982, 991); Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042522); Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958035, 067); CGCM Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835906, 5910-5911). |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | market to identify potentially attractive investment candidates and analyze them. | |
| 108. | Pricing of the securities for both the Fund and the Subadvised Funds is primarily provided by third party vendors and is highly automated through the use of SMS. | Email re CGCM Pricing Request (Mockler Decl. Ex. 90 at MWAM00254719) (stating that the "overwhelming proportion of securities are covered by third party pricing services). *See also,* Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835876-878) (describing the pricing valuation process); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130603-604) (describing the pricing valuation process); Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958046-047, 057-058) (describing the pricing valuation process). *See also* 2Q 2016 Bridge Builder Compliance Questionnaire (Mockler Decl. Ex. 33 at MWAM00727565) (pricing challenge log for Bridge Builder Subadvised Fund). |
| 109. | The pricing feed from third-party pricing vendors is uploaded daily to SMS; thus, all securities that are cross held by the Fund and the Subadvised Funds are priced using the same independent pricing sources. | Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835876-878); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130603-604); Legal and Compliance and Operations Overview for Columbia, dated July |

| | | |
|---|---|---|
| | | 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958046-047, 057-058). *See also* 2Q 2016 Bridge Builder Compliance Questionnaire (Mockler Decl. Ex. 33 at MWAM00727565) (pricing challenge log for Bridge Builder Subadvised Fund). |
| 110. | Pricing information from independent pricing sources is available for, and is used to price, the vast majority of the securities held by the Fund on any given day. | Email re CGCM Pricing (Mockler Decl. Ex. 89 at MWAM00254719) (stating that the "overwhelming proportion of securities are covered by third party pricing services"). |
| 111. | For such securities, the pricing information is delivered directly from the pricing vendor to BNY, which incorporates the data into its calculations of the Fund's AUM and NAV. | TCW Pricing & Valuation Procedures (Mockler Decl. Ex. 123 at MWAM00000959). |
| 112. | The Fund pays the pricing vendor for the pricing data. | Coates Tr. at 111:14-112:14 (Mockler Decl. Ex. 132).<br><br>*See also* IMA at Section 7(b) (Roy Decl. Ex. 45). |
| 113. | When MetWest fair values a security, the process is the same for both the Fund and the Subadvised Funds, including due diligence of third-party pricing vendors, monitoring the accuracy of pricing vendors, direct analysis, and issuing price challenges when necessary. | Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835876-878) (describing the pricing valuation process); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130603-604) (describing the pricing valuation process); Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958046-047, 057-058) (describing the pricing valuation process). *See also* 2Q 2016 Bridge |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | Builder Compliance Questionnaire (Mockler Decl. Ex. 33 at MWAM00727565) (pricing challenge log for Bridge Builder Subadvised Fund). |
| 114. | In 2015, MetWest overrode security's prices from independent pricing service 91 times for all of the MetWest Funds, including the Fund. 53 of those securities were held by the Fund. | 4Q 2015 TCW Pricing Review: MetWest Funds (Mockler Decl. Ex. 127 at MWAM00007840-841); 3Q 2015 TCW Pricing Review: MetWest Funds (Mockler Decl. Ex. 126 at MWAM00004384-385); 2Q 2015 TCW Pricing Review: MetWest Funds (Mockler Decl. Ex. 125 at MWAM00007481-482); 1Q 2015 TCW Pricing Review: MetWest Funds (Mockler Decl. Ex. 124 at MWAM00003947). |
| 115. | In the second quarter of 2015, out of approximately 1,900 securities held by the Fund, there were only 4 instances where an independent pricing service was unable to provide a price, and only 4 instances where MetWest determined to override the price provided by a pricing source. | 2Q 2015 TCW Pricing Review: MetWest Funds (Mockler Decl. Ex. 125 at MWAM00007481-482). |
| 116. | MetWest performs reconciliation of cash and holdings between the Subadvised Funds' records and the Subadvised Funds' custodian records. | MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130605-606). *See also* Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958041, 044, 053, 055). |
| 117. | Cash and holdings are reconciled through an automated system of data collection and record matching utilizing a third-party vendor service, | Allianz 2015 Annual Due Diligence Meeting Topics (Mockler Decl. Ex. 10 at MWAM00841014); Columbia 2015 Due Diligence |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | EVARE/SS&C. | Questionnaire (Mockler Decl. Ex. 41 at MWAM01042515-516); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130605-606). *See also* Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958041, 044, 053, 055). |
| 118. | Cash is reconciled daily with the Subadvised Funds' custodian through an automated reconciliation process. | Allianz 2015 Annual Due Diligence Meeting Topics (Mockler Decl. Ex. 10 at MWAM00841014); Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042515-516); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130605-606). *See also* Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958041, 044, 053, 055). |
| 119. | Holdings reconciliation is completed monthly and discrepancies are reported to the Subadvised Funds' custodian for resolution. | Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042515-516); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130605-606). *See also* Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958041, 044, 053, 055). |
| 120. | MetWest continuously monitors the liquidity of all securities held by the | 1Q 2015 MML Quarterly Compliance Certification (Mockler Decl. Ex. 105 at |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | Subadvised Funds and notifies the custodian or accounting agent of the Subadvised Funds of any changes in holdings of illiquid securities. | MML0000876). |
| 121. | MetWest has developed best execution practices, which include an assessment of liquidity, to achieve best execution for both the Fund and the Subadvised Funds. | Allianz 2015 Annual Due Diligence Meeting Topics (Mockler Decl. Ex. 10 at MWAM00841002). |
| 122. | MetWest manages liquidity for both the Fund and Subadvised Fund by tiering the liquidity in a given portfolio. | Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835877-878) (explaining how liquidity is measured); Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042525-526) (explaining how liquidity is measured); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130578-579) (explaining how liquidity is measured for MML Subadvised Funds). |
| 123. | MetWest's liquidity procedures ensure that a position can be sold, if desired, at its fair market value within a seven-business day period for both the Fund and the Subadvised Funds. | Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835877-878) (explaining how liquidity is measured); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130578-579) (explaining how liquidity is measured for MML Subadvised Funds). *See also* Email re MassMutual Select Total Return Large Redemption, dated Mar. 22, 2016 (Mockler Decl. Ex. 118 at MWAM00656337); Email re MassMutual Select Total Return Large Redemption, dated Jan. 4, |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | | 2016 (Mockler Decl. Ex. 119 at MWAM00654783). |
| 124. | MetWest conducts stress tests that assess its ability to meet large redemption requests for both the Fund and the Subadvised Funds. | MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130578-579). |
| | **VI. THE TOTAL RETURN BOND FUND AND THE SUBADVISED FUNDS MUST COMPLY WITH THE SAME LAWS.** | |
| 125. | Both the Fund and the Subadvised Funds must comply with all applicable laws, including the Investment Advisers Act of 1940, Investment Company Act of 1940, federal securities law and other laws. | MassMutual Select Total Return Bond Fund Investment Subadvisory Agreement, dated Nov. 19, 2014 at Section 1(a) (Mockler Decl. Ex. 93); MML Total Return Bond Fund Investment Subadvisory Agreement, dated Dec. 16, 2014 at Section 1(a) (Mockler Decl. Ex. 95); CGCM Investment Advisory Agreement, dated Feb. 23, 2010 at Section 2(A) (Mockler Decl. Ex. 79); Columbia Active Portfolios Multi-Manager Bond Fund Subadvisory Agreement, dated Feb. 6, 2013 at Section 1(a) (Mockler Decl. Ex. 37); Bridge Builder Subadvisory Agreement, dated June 12, 2015 at Section 1(c) (Mockler Decl. Ex. 25); Allianz Subadvisory Agreement, dated Nov. 4, 2014 at Section 1(a) (Mockler Decl. Ex. 8). |
| 126. | MetWest provides certain compliance services to both the Fund and Subadvised Funds. | Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042524-525); Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958073-74); Engelsman Tr. at 118:8-11 (Mockler Decl. Ex. |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | 128) (Subadvised Funds "are asking [MetWest] to confirm compliance"). |
| 127. | MetWest provides compliance monitoring for all its accounts and trades, including those executed on behalf of the Subadvised Funds, to ensure compliance with the investment guidelines. | Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042524-525); Legal and Compliance and Operations (Mockler Decl. Ex. 49 at MWAM00958063-654, 073-074).<br><br>Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00835904 – 906); 1Q 2015 MML Quarterly Compliance Certification (Mockler Decl. Ex. 105 at MML0000875); Engelsman Tr. at 118:-11 (Mockler Decl. Ex. 128) ("every client have a guideline matrix created to its specific guidelines"). |
| 128. | MetWest's Portfolio Compliance Department monitors compliance with both the Fund's and the Subadvised Funds' investment guidelines through a multi-step automated process facilitated by a link between SMS (proprietary trade order management system) and CRD (a third-party investment limitation monitoring system). | Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042508-2510, 2524); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM00130565-566).<br><br>Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958040-41). |
| 129. | MetWest conducts both pre-trade and post-trade monitoring for all trades for all of its accounts, including the Subadvised Funds. | Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41); Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | | MWAM00958070, 073); Response to 2015 CGCM 15c Questionnaire, with attachment (Mockler Decl. Ex. 81 at MWAM00195681); MML 2016 Due Diligence Questionnaire (Mockler Decl. Ex. 99 at MWAM130539, 565-566); Engelsman Tr. at 56:8-25, 152:17-153:14 (stating that investment control trade compliance applies to trading in all of our accounts) (Mockler Decl. Ex. 128). |
| 130. | When alerts or violations are flagged, the Compliance Department coordinates the resolution, working with legal, portfolio manager, trader and/or client services. | Columbia 2015 Due Diligence Questionnaire (Mockler Decl. Ex. 41 at MWAM01042524); Legal and Compliance and Operations Overview for Columbia, dated July 29, 2015 (Mockler Decl. Ex. 49 at MWAM00958034). |
| 131. | On a quarterly basis, MetWest provides to the Board a compliance report that covers the following compliance matters:<br><br>▪ SEC Fund Diversification;<br>▪ Tax Status (Subchapter M testing);<br>▪ Monitoring Prospectus/SAI Restriction;<br>▪ Section 12(d)(1)(A) Reporting;<br>▪ Rule 12d3-1 Reporting;<br>▪ Rule 10f-3 Transactions;<br>▪ Rule 17a-7 Transactions;<br>▪ Rule 17d-1 Transactions;<br>▪ Rule 17e-1 Transactions;<br>▪ Illiquid Securities Report;<br>▪ Derivatives/Segregation of Assets;<br>▪ Repurchase Agreement Transactions;<br>▪ Brokerage Commission Report;<br>▪ Soft Dollars; and<br>▪ Code of Ethics Violation Report. | MetWest Funds' 2Q Compliance Report (Mockler Decl. Ex. 121 at MWAM00007623); MetWest Funds' Report of Brokerage & Portfolio Trading Activities 3Q 2014 (Mockler Decl. Ex. 24 at MWAM00006708).<br><br>Engelsman Tr. at 90:10-91:13, 98:13-99:17, 100:12-15, 102:22-103:10, 104:9-21, 111:16-25, 112:7-10 (Mockler Decl. Ex. 128); (the Investment Control Group is responsible for monitoring compliance with SEC fund diversification, tax compliance, investment guideline monitoring, Rule 17a-7, Rule 10f-3, Rule 17e-1, illiquid securities and code of ethics for both the Total Return Bond Fund and the Subadvised |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | | Funds). |
| 132. | Annually, MetWest provides a Rule 17j-1 certification to the Board. | MetWest Funds' 2Q Compliance Report (Mockler Decl. Ex. 121 at MWAM00007642). |
| 133. | Annually, MetWest provides a Rule 206(4)-7 Compliance Review Report to the Board. | 2015 Annual Compliance Report Rule 38a-1 with exhibit (Mockler Decl. Ex. 122 at MWAM00007947). |
| 134. | Investment Control Group provides responses to Subadvised Funds' compliance requests. | Engelsman Tr. at 120:21-121:24 (Mockler Decl. Ex. 128);<br><br>Email re 1Q 2015 MML Funds Compliance Questionnaire, dated Apr. 15, 2015 (Mockler Decl. Ex. 109 at MWAM00719810-811);<br><br>Email re 1Q 2015 Columbia Compliance Questionnaire, dated Apr. 8, 2015 (Mockler Decl. Ex. 56 at MWAM00199457-458). |
| 135. | On a quarterly basis, MetWest responds to Allianz Subadvised Fund's compliance checklist and provides compliance certifications covering the the following compliance matters:<br><br>▪ SEC Fund Diversification;<br>▪ Tax Status (Subchapter M testing);<br>▪ Monitoring Prospectus/SAI Restriction;<br>▪ Section 12(d)(1)(A) Reporting;<br>▪ Rule 12d3-1 Reporting;<br>▪ Rule 10f-3 Transactions;<br>▪ Rule 17a-7 Transactions;<br>▪ Rule 17d-1 Transactions;<br>▪ Rule 17e-1 Transactions;<br>▪ Illiquid Securities Report;<br>▪ Derivatives/Segregation of Assets; | Email re Response to Allianz's 2Q 2015 Compliance Questionnaire (Mockler Decl. Ex. 17 at MWAM00008288-307);<br><br>Engelsman Tr. at 90:10-91:13, 98:13-99:17, 100:12-15, 102:22-103:10, 104:9-21, 111:16-25, 112:7-10 (Mockler Decl. Ex. 128) (the Investment Control Group is responsible for monitoring compliance with SEC fund diversification, tax compliance, investment guideline monitoring, Rule 17a-7, Rule 10f-3, Rule 17e-1, illiquid securities and code of ethics for both the Total Return Bond Fund and the Subadvised |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | ▪ Repurchase Agreement Transactions;<br>▪ Brokerage Commission Report;<br>▪ Soft Dollars; and<br>▪ Code of Ethics Violation Report. | Funds). |
| 136. | On a quarterly basis, MetWest provides to the Allianz Subadvised Fund a certification with respect to compliance with proxy voting policies and procedures. | Email re Response to Allianz's 2Q 2015 Compliance Questionnaire (Mockler Decl. Ex. 17 at MWAM00008288-307). |
| 137. | On a quarterly basis, MetWest provides to the Allianz Subadvised Fund a Rule 206(4)-7 and Code of Ethics Certification (Rule 17j-1). | Email re Response to Allianz's 2Q 2015 Compliance Questionnaire (Mockler Decl. Ex. 17 at MWAM00008288-307). |
| 138. | On a quarterly basis, MetWest responds to Bridge Builder Subadvised Fund's compliance checklist and provides compliance certifications covering the the following compliance matters:<br><br>▪ Monitoring Prospectus/SAI Restriction;<br>▪ Rule 10f-3 Transactions;<br>▪ Rule 17a-7 Transactions;<br>▪ Rule 17d-1 Transactions;<br>▪ Rule 17e-1 Transactions;<br>▪ Illiquid Securities Report;<br>▪ Repurchase Agreement Transactions;<br>▪ Brokerage Commission Report;<br>▪ Soft Dollars; and<br>▪ Code of Ethics Violation Report. | 2Q 2016 Bridge Builder Compliance Questionnaire (Mockler Decl. Ex. 33 at MWAM00727565);<br><br>4Q 2015 Bridge Builder Compliance Certification (Mockler Decl. Ex. 34 at MWAM00703241);<br><br>Email re 2Q 2016 Bridge Builder Compliance Questionnaire, dated July 13, 2016 (Mockler Decl. Ex. 35 at MWAM00736109-610);<br><br>Engelsman Tr. at 90:10-91:13, 98:13-99:17, 100:12-15, 102:22-103:10, 104:9-21, 111:16-25, 112:7-10 (Mockler Decl. Ex. 128) (the Investment Control Group is responsible for monitoring compliance with SEC fund diversification, tax compliance, investment guideline monitoring, Rule 17a-7, Rule 10f-3, Rule 17e- |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | | 1, illiquid securities and code of ethics for both the Total Return Bond Fund and the Subadvised Funds). |
| 139. | On a quarterly basis, MetWest provides to the Bridge Builder Subadvised Fund a Rule 206(4)-7 and Code of Ethics Certification (Rule 17j-1). | 4Q 2015 Bridge Builder Compliance Certification (Mockler Decl. Ex. 34 at MWAM00703241). |
| 140. | On a quarterly basis, MetWest responds to Columbia Subadvised Funds' compliance questionnaire and provides compliance certifications covering the following compliance matters:<br><br>▪ SEC Fund Diversification;<br>▪ Tax Status (Subchapter M testing);<br>▪ Monitoring Prospectus/SAI Restriction;<br>▪ Section 12(d)(1)(A) Reporting;<br>▪ Rule 12d3-1 Reporting;<br>▪ Rule 10f-3 Transactions;<br>▪ Rule 17a-7 Transactions;<br>▪ Rule 17d-1 Transactions;<br>▪ Rule 17e-1 Transactions;<br>▪ Illiquid Securities Report;<br>▪ Soft Dollars; and<br>▪ Code of Ethics Violation Report. | Email re Columbia Active Portfolio Multi-Manager Bond Fund Derivatives Questionnaire & SEC Filings, dated Dec. 17, 2013 (Mockler Decl. Ex. 46 at MWAM00672505)<br><br>1Q 2015 Columbia Variable Portfolio – TCW Core Plus Bond Fund Quarterly Compliance Questionnaire, with attachments (Mockler Decl. Ex. 54 at MWAM00687933-937, MWAM00687938, MWAM00691760-761); 1Q 2015 Columbia Quarterly Compliance Questionnaire (Mockler Decl. Ex. 55 at MWAM01198177); 1Q 2015 Columbia Active Portfolio Multi-Manager Bond Fund Compliance Quarterly Questionnaire, with attachment (Mockler Decl. Ex. 57 at MWAM00691978)<br><br>Columbia Active Portfolios Monthly Affiliated Transactions Report for Period Ending November 2014 (Mockler Decl. Ex. 58 at MWAM01198445); Columbia Variable Portfolio – TCW Bond Fund Mthly Affiliated Transactions Report for November 2014 (Mockler Decl. Ex. 59 at |

McKool Smith Hennigan, P.C.
Los Angeles, CA

| | | |
|---|---|---|
| | | MWAM01198155)<br><br>Columbia Active Portfolio Multi-Manager Bond Fund 2015 Fiscal Year-End Report (Mockler Decl. Ex. 75 at MWAM01198052); Columbia Variable Portfolio – TCW Bond Fund 2015 Fiscal Year-End Report (Mockler Decl. Ex. 76 at MWAM01198319) |
| 141. | On a quarterly basis, MetWest provides to the AZL Subadvised Fund a Rule 206(4)-7 Report and Code of Ethics Certification (Rule 17j-1). | Response to Columbia 2015 15c Questionnaire (Mockler Decl. Ex. 67 at MWAM01198245)<br><br>1Q 2015 Columbia Quarterly Compliance Questionnaire (Mockler Decl. Ex. 55 at MWAM01198183-187);<br><br>2Q 2015 CGCM Funds Compliance Questionnaire (Mockler Decl. Ex. 85 at MWAM00239716) (showing compliance with Code of Ethics))<br><br>Email re CGCM Compliance Report & SOI, dated Dec. 31, 2014, with attachments (Mockler Decl. Ex. 86 at MWAM00132097 – 2110) |
| 142. | On a quarterly basis, MetWest responds to CGCM Subadvised Fund's compliance checklist and provides compliance certifications covering the the following compliance matters:<br><br>▪ SEC Fund Diversification;<br>▪ Monitoring Prospectus/SAI Restriction;<br>▪ Rule 12d3-1 Reporting; | 2Q 2015 CGCM Funds Compliance Questionnaire (Mockler Decl. Ex. 85 at MWAM00239711-723);<br><br>Engelsman Tr. at 90:10-91:13, 98:13-99:17, 100:12-15, 102:22-103:10, 104:9-21, 111:16-25, 112:7-10 (Mockler Decl. Ex. 128) (the Investment Control Group is |



MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| | ▪ Rule 10f-3 Transactions;<br>▪ Rule 17a-7 Transactions;<br>▪ Rule 17e-1 Transactions;<br>▪ Illiquid Securities Report;<br>▪ Derivatives/Segregation of Assets; and<br>▪ Code of Ethics Violation Report. | responsible for monitoring compliance with SEC fund diversification, tax compliance, investment guideline monitoring, Rule 17a-7, Rule 10f-3, Rule 17e-1, illiquid securities and code of ethics for both the Total Return Bond Fund and the Subadvised Funds). |
| 143. | On a quarterly basis, MetWest also provides to the CGCM Subadvised Fund a Rule 206(4)-7 Report and Code of Ethics Certification (Rule 17j-1). | 2Q 2015 CGCM Funds Compliance Questionnaire (Mockler Decl. Ex. 85 at MWAM00239716) (showing compliance with Code of Ethics); Email re CGCM Compliance Report & SOI, dated Dec. 31, 2014, with attachments (Mockler Decl. Ex. 86 at MWAM00132097). |
| 144. | On a quarterly basis, MetWest provides to the MML Subadvised Funds a compliance certification covering the the following compliance matters:<br><br>▪ SEC Fund Diversification;<br>▪ Tax Status (Subchapter M testing);<br>▪ Monitoring Prospectus/SAI Restriction;<br>▪ Section 12(d)(1)(A) Reporting;<br>▪ Rule 12d3-1 Reporting;<br>▪ Rule 10f-3 Transactions;<br>▪ Rule 17a-7 Transactions;<br>▪ Rule 17e-1 Transactions;<br>▪ Illiquid Securities Report;<br>▪ Derivatives/Segregation of Assets;<br>▪ Repurchase Agreement Transactions;<br>▪ Brokerage Commission Report;<br>▪ Soft Dollars; and<br>▪ Code of Ethics Violation Report. | 1Q 2015 MML Quarterly Compliance Certification (Mockler Decl. Ex. 105 at MML0000874-885);<br><br>MML 2015 Annual Subadviser Derivatives Use Questionnaire & Certification (Mockler Decl. Ex. 106 atMWAM00130681-698).<br><br>Engelsman Tr. at 90:10-91:13, 98:13-99:17, 100:12-15, 102:22-103:10, 104:9-21, 111:16-25, 112:7-10 (Mockler Decl. Ex. 128); (the Investment Control Group is responsible for monitor compliance with SEC fund diversification, tax compliance, investment guideline monitoring, Rule 17a-7, Rule 10f-3, Rule 17e-1, illiquid securities and code of ethics for both the Total Return Bond Fund and the Subadvised Fund). |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

| | | |
|---|---|---|
| 145. | On a quarterly basis, MetWest also provides to the MML Subadvised Funds' a Rule 206(4)-7 and Code of Ethics Certification (Rule 17j-1). | 2Q 2015 MML Funds CCO Certification (Mockler Decl. Ex. 10 at MML0000749). |
| 146. | Annually, MetWest provides copies of its Rule 206(4)-7 Compliance Review Report to the Subadvised Funds. | *See e.g.*, Response to Columbia 2014 15c Questionnaire (Mockler Decl. Ex. 40 at MWAM00187121); Response to Columbia 2015 15c Questionnaire (Mockler Decl. Ex. 67 at MWAM01198245); Columbia 2015 Compliance Annual Questionnaire (Mockler Decl. Ex. 53 at MWAM01198843-845); 2014 206(4)-7 Compliance Testing (Mockler Decl. Ex. 69 at COL0001791-1794); 206(4)-7 Compliance Testing Report & Annual Certification for MML, dated Apr. 20, 2015 (Mockler Decl. Ex. 108 at MWAM00130615-618);<br><br>Engelsman Tr. at 115:23-116:19 (Mockler Decl. Ex. 128) (Rule 206(4)-7 Compliance Review Report are provided to the Subadvised Funds, if requested). |

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

DATED: May 19, 2017

Respectfully submitted,

**MCKOOL SMITH HENNIGAN, P.C.**
J. Michael Hennigan

**ZWERLING, SCHACHTER & ZWERLING, LLP**
Robin F. Zwerling (*pro hac vice*)
Jeffrey C. Zwerling (*pro hac vice*)
Susan Salvetti (*pro hac vice*)
Andrew W. Robertson (*pro hac vice*)
Anna M. Cabassa-Torres (*pro hac vice*)

By *____/s/ J. Michael Hennigan______________*
J. Michael Hennigan

*Attorneys for Plaintiff Thomas J. Kennis*