|   |   |
|---|---|
| 1 | **ROPES & GRAY LLP** |
| 2 | John D. Donovan (*pro hac vice*) |
|   | john.donovan@ropesgray.com |
| 3 | Robert A. Skinner (*pro hac vice*) |
|   | robert.skinner@ropesgray.com |
| 4 | Amy D. Roy (*pro hac vice*) |
|   | amy.roy@ropesgray.com |
| 5 | Prudential Tower |
|   | 800 Boylston Street |
| 6 | Boston, MA 02199 |
|   | Tel: (617) 951 7000 |
| 7 | Fax: (617) 951 7050 |
| 8 | **IRELL & MANELLA LLP** |
|   | David Siegel (101355) |
| 9 | dsiegel@irell.com |
|   | Glenn K. Vanzura (238057) |
| 10 | gvanzura@irell.com |
|   | 1800 Avenue of the Stars, Suite 900 |
| 11 | Los Angeles, CA 90067 |
|   | Tel: (310) 277 1010 |
| 12 | Fax:  (310) 203 7199 |
| 13 | Attorneys for Defendant |
|   | METROPOLITAN WEST ASSET |
| 14 | MANAGEMENT, LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| THOMAS J. KENNIS, | ) Case No. 2:15-cv-08162-GW-FFM |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER ON JOINT** |
|  | ) **STIPULATION TO:** |
| v. | ) **(1) EXTEND MEDIATION** |
|  | ) **DEADLINE, AND (2) CONTINUE** |
| METROPOLITAN WEST ASSET | ) **POST-MEDIATION STATUS** |
| MANAGEMENT, LLC, | ) **CONFERENCE**  [246] |
|  | ) |
| Defendant. | ) Discovery Cut-off: August 11, 2018 |
|  | ) Pretrial Conference: November 15, |
|  | ) 2018 at 8:30 a.m. |
|  | ) Trial Date: November 27, 2018 at 9:00 |
|  | ) a.m. |
|  | ) |
|  | ) Courtroom:  9D |
|  | ) Judge:  Hon. George H. Wu |

1   The Court, having considered the joint stipulation of the parties, and for
2   good cause shown, orders as follows:
3      1.   The mediation cut-off is extended until November 2, 2018;
4      2.   The post-mediation status conference is continued to November 5,
5   2018; at 8:30 a.m.

7   **IT IS SO ORDERED.**

9   DATED: Aug. 9, 2018        By: _____
10                             Hon. George H. Wu
                               United States District Judge