# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-8162-GW(FFMx) | Date | October 25, 2018 |
|---|---|---|---|
| Title | *Thomas J. Kennis v. Metropolitan West Asset Management, LLC* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert W. Mockler | Amy D. Roy |
| Andrew W. Robertson | Robert A. Skinner |
| Robin Zwerling | Andrew J. Strabone |
| | John D. Donovan, Jr. |

**PROCEEDINGS:**   **DEFENDANT'S PHASE II MOTION FOR SUMMARY JUDGMENT [263];**

**DEFENDANT'S MOTION IN LIMINE TO PARTIALLY EXCLUDE EXPERT REPORT AND TESTIMONY OF IAN AYRES [256, 264];**

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EXPERT REPORT AND TESTIMONY OF WILLIAM A. BIRDTHISTLE [257, 265]**

The Court's Tentative Ruling is circulated. Court hears oral argument. For reasons stated on the record, the Motions are TAKEN UNDER SUBMISSION. Counsel are to confer and advise the Court of redactions in the Tentative Ruling. Court to issue final ruling by October 26, 2018.

Court and counsel discuss scheduling. The Court sets the following:

| Pretrial Conference | November 29, 2018 at 8:30 a.m. |
| Bench Trial | December 11, 2018 at 9:00 a.m. |

The post mediation status conference set for November 5, 2018 is TAKEN OFF-CALENDAR.

                                                                                                                                      :     25

                                                                                    Initials of Preparer   JG