# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY — DUE DATE:**

**1a. Contact Person for this Order:** Santhosh Ganesan
**2a. Contact Phone Number:** (213) 694-1187
**3a. Contact E-mail Address:** sganesan@mckoolsmithhennigan.com

**1b. Attorney Name (if different):** J. Michael Hennigan
**2b. Attorney Phone Number:** (213) 694-1002
**3b. Attorney E-mail Address:** hennigan@mckoolsmithhennigan.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
McKool Smith Hennigan, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

**5. Name & Role of Party Represented:** Plaintiff, Thomas J. Kennis

**6. Case Name:** Thomas J. Kennis v. Metropolitan West Asset Management, LLC

**7a. District Court Case Number:** 2:15-cv-08162-GW-FFM

**7b. Appeals Court Case Number:** ___

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- [ ] DIGITALLY RECORDED
- [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Katie Thibodeaux

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [x] Non-Appeal   [ ] Criminal  [x] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2018 | George Wu | Hearing for Motion for Summary Judgment | ● | ● | ○ | ○ | ○ | ○ | ● | 3-Day |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** October 30, 2018     **Signature:** J. Michael Hennigan

G-120 (06/18)