**ROPES & GRAY LLP**
John D. Donovan, Jr. (*pro hac vice*)
john.donovan@ropesgray.com
Robert A. Skinner (*pro hac vice*)
robert.skinner@ropesgray.com
Amy D. Roy (*pro hac vice*)
amy.roy@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951 7000
Fax: (617) 951 7050

**IRELL & MANELLA LLP**
David Siegel (101355)
dsiegel@irell.com
Glenn K. Vanzura (238057)
gvanzura@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277 1010
Fax: (310) 203 7199
(*additional counsel in signature block*)

Attorneys for Defendant
METROPOLITAN WEST ASSET
MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| THOMAS J. KENNIS, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN WEST ASSET MANAGEMENT, LLC, <br><br> Defendant. | Case No. CV 15-8162-GW-FFMx <br><br> **JUDGMENT** <br><br> Courtroom: 9D <br> Judge: Hon. George H. Wu |

The Court, having tried this matter without a jury and entered its Tentative Findings of Fact and Conclusions of Law Following Bench Trial on July 31, 2019, Dkt. No. 506, hereby orders as follows:

The Court's Tentative Findings of Fact and Conclusions of Law Following Bench Trial, Dkt. No. 506, are hereby **ADOPTED** as the Court's Final Findings of Fact and Conclusions of Law Following Bench Trial.

Judgment is hereby **ENTERED** in favor of Defendant Metropolitan West Asset Management, LLC and against plaintiff Thomas J. Kennis, for the reasons stated in the Court's Findings of Fact and Conclusions of Law Following Bench Trial.

The plaintiff shall recover no form of relief.

The action shall be dismissed, in its entirety, on the merits, with prejudice.

**SO ORDERED**.

DATED: August 5, 2019  By: _____
Hon. George H. Wu
United States District Judge